C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JAIME ANGELES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR.S-06-403 GEB |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER |
| vs. | |
| JAIME ANGELES et. al., | |
| Defendants. | |

STIPULATION

This matter was scheduled for Status Conference on June 8, 2007, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.  I have contacted counsel for all defendants, and counsel for the United States, AUSA Phil Talbert, and they have all agreed, subject to the court's approval, to continue this matter until August l0, 2007, at 9:00 a.m.

All counsel have received approximately 9,000 pages of discovery in the above matter, and continue to review, organize and prepare these materials.  All counsel are also reviewing these materials for the potential preparation of motions.  Investigation is also under way concerning these matters.

All parties hereby agree and stipulate to a continuance of the Status Conference that was scheduled for June 8, 2007, at 9:00 a.m., to August l0, 2007, at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr. They further stipulate to the exclusion of time through

that date pursuant to Local Code T-2, as the matter is complex, and Local Code T-4, as the above continuance is necessary for preparation of counsel.

DATED:   6-06-07                             /s/ C. Emmett Mahle

                                                               C. EMMETT MAHLE
                                                               Attorney for Defendant
                                                               JAIME ANGELES

DATED:   6-06-07                             /s/ Michael Bigelow
                                                               MICHAEL BIGELOW
                                                               Attorney for Defendant
                                                               DAMIAN SUAREZ

DATED:   6-06-07                             /s/ Krista Hart

                                                               KRISTA HART
                                                               Attorney for Defendant
                                                               RENE RODRIGUEZ GUTIERREZ

DATED:   6-06-07                             /s/ Dina Santos

                                                               DINA SANTOS
                                                               Attorney for Defendant
                                                               FRANCES ROSA RAMIREZ

DATED:   6-06-07                             /s/ Gilbert Roque

                                                               GILBERT ROQUE
                                                               Attorney for Defendant
                                                               ROQUE LOZANO

DATED:   6-06-07                             /s/ J. Toney

                                                               J. TONEY
                                                               Attorney for Defendant
                                                               JORGE MEDINA MENCHACA

DATED:   6-06-07                             /s/ Phil Talbert
                                                               PHIL TALBERT
                                                               Assistant U.S. Attorney

(PROPOSED) ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status Conference that was scheduled for June 8, 2007, at 9:00 a.m., is hereby continued to August 10, 2007, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.  Time is excluded through that date pursuant to Local Codes T-2, due to complexity, and T-4 for preparation of counsel.

Dated:  June 6, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge