C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JAIME ANGELES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR.S-06-403 GEB |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER |
| vs. | |
| JAIME ANGELES et. al., | |
| Defendants. | |

STIPULATION

This matter was scheduled for Status Conference on September 28, 2007, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.   I have contacted counsel for all defendants, and counsel for the United States, AUSA Phillip Talbert, and they have all agreed, subject to the court's approval, to continue this matter until November 2, 2007, at 9:00 a.m.

All counsel have received approximately 9,000 pages of discovery in the above matter, and continue to review, organize and prepare these materials.  All counsel are also reviewing these materials for the potential preparation of motions.  Investigation is also under way concerning these matters.   In addition, Attorney Jesse Santana has recently become counsel of record for defendant Jorge Menchaca and will need time to become familiar with the case.

All parties hereby agree and stipulate to a continuance of the Status Conference that was scheduled September 28, 2007, to November 2, 2007 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr. They further stipulate to the exclusion of time through that date

pursuant to Local Code T-2, as the matter is complex, and Local Code T-4, as the above continuance is necessary for preparation of counsel.

DATED:    10-01-07              /s/ C. Emmett Mahle
                                C. EMMETT MAHLE
                                Attorney for Defendant
                                JAIME ANGELES

DATED:    10-01-07              /s/ Michael Bigelow
                                MICHAEL BIGELOW
                                Attorney for Defendant
                                DAMIAN SUAREZ

DATED:    10-01-07              /s/ Krista Hart
                                KRISTA HART
                                Attorney for Defendant
                                RENE RODRIGUEZ GUTIERREZ

DATED:    10-01-07              /s/ Dina Santos
                                DINA SANTOS
                                Attorney for Defendant
                                FRANCES ROSA RAMIREZ

DATED:    10-01-07              /s/ Vittoria Bossi
                                VITTORIA BOSSI
                                Attorney for Defendant
                                ROQUE LOZANO

DATED:    10-01-07              /s/ Jesse Santana
                                JESSE SANTANA
                                Attorney for Defendant
                                JORGE MEDINA MENCHACA

DATED:    10-01-07              /s/ Phillip Talbert
                                PHIL TALBERT
                                Assistant U.S. Attorney

(PROPOSED) ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status Conference that was scheduled for September 28, 2007, at 9:00 a.m., is hereby continued to November 2, 2007, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.  Time is excluded through that date pursuant to Local Codes T-2, due to complexity, and T-4 for preparation of counsel.

DATED: October 1, 2007

GARLAND E. BURRELL, JR.
United States District Judge