```
1  KRISTA HART
   Attorney at Law
2  State Bar No. 199650
   428 J Street, Suite 350
3  Sacramento, CA  95814
   (916) 498-8398
4

5  Attorney for Defendant
   Rene Gutierrez
6
```

7                     IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. Cr.S. 06-403 GEB |
| Plaintiffs, ) | |
| ) | **STIPULATIONN AND PROPOSED ORDER** |
| v. ) | **TO CONTINUE THE STATUS CONFERENCE** |
| ) | **TO:** |
| DAMIAN SUAREZ ) | |
| RENE RODRIGUEZ GUTIERREZ ) | |
| FRANCES ROSA RAMIREZ ) | |
| JAIME ANGELES ) | |
| ROQUE LOZANO, and ) | DATE:   December 14, 2007 |
| JORGE MEDINA MENCHACA, ) | TIME:   9:00 a.m. |
| ) | Hon. Garland E. Burrell, Jr. |
| Defendants. ) | |

17       The defendants, by and through their respective counsel, along
18  with the plaintiff United States (government), by and through counsel
19  Assistant U.S. Attorney Phil Talbert, hereby stipulate and agree to
20  vacate the current status conference date of November 2, 2007, and
21  reset the matter for December 14, 2007.
22       It is further stipulated and agreed between the parties that the
23  period of time from November 2, 2007, through December 14, 2007, should
24  be excluded in computing the time within which the trial of the above
25  criminal prosecution must commence for purposes of the Speedy Trial
26  Act.  All parties stipulate and agree that this is an appropriate
27  exclusion of time within the meaning of Title 18, United States Code,
28  sections 3161(h)(8)(B)(iv) (Local Code T4).

1    This case involves approximately 9,000 pages of discovery and
2 substantial investigation.  Furthermore, the parties in this case have
3 been engaged in settlement negotiations.  All parties stipulate and
4 agree the ends of justice would best be served by resetting the status
5 conference to December 14, 2007.

6 October 31, 2007                    /s/ Michael Bigelow
                                      Attorney for DAMIAN SUAREZ
7                                     (Signed by Krista Hart per e-mail)

8
  October 31, 2007                    /s/ Krista Hart
9                                     Attorney for Rene Gutierrez

10
   October 31, 2007                   /s/ Dina Santos
11                                    Attorney for FRANCES ROSA RAMIREZ
                                      (Signed by Krista Hart per e-mail)
12

13 October 31, 2007                   /s/ C. Emmett Mahle
                                      Attorney for JAIME ANGELES
14                                    (Signed by Krista Hart per e-mail)

15
   October 31, 2007                   /s/ Vittoria Bossi
16                                    Attorney for ROQUE LOZANO
                                      (Signed by Krista Hart per e-mail)
17

18 October 31, 2007                   /s/ Jesse Santana
                                      Attorney for JORGE MEDINA MENCHACA
19                                    (Signed by Krista Hart per e-mail)

20
   October 31, 2007                   McGREGOR SCOTT
21                                    United States Attorney

22
                                       /s/ Phil Talbert
23                                    Assistant U.S. Attorney
                                      (Signed by Krista Hart per e-mail)
24
                               **O R D E R**
25
   **IT IS SO ORDERED.**
26

27 DATED: October 31, 2007
                                      _____
28                                    GARLAND E. BURRELL, JR.
                                      United States District Judge

2