C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JAIME ANGELES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  JAIME ANGELES et. al.,  Defendants. | Case No.: CR.S-06-403 GEB  STIPULATION AND (PROPOSED) ORDER |

STIPULATION

This matter is scheduled for Status Conference on December 14, 2007, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.  I have contacted counsel for all defendants, and counsel for the United States, AUSA Phillip Talbert, and they have all agreed, subject to the court's approval, to continue this matter until January 25, 2008, at 9:00 a.m.

All counsel have received approximately 9,000 pages of discovery in the above matter, and continue to review, organize and prepare these materials.  All counsel are also reviewing these materials for the potential preparation of motions.  Investigation is also under way concerning these matters.

All parties hereby agree and stipulate to a continuance of the Status Conference that is scheduled December 14, 2007, to January 25, 2008, at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr. They further stipulate to the exclusion of time through that date

pursuant to Local Code T-2, as the matter is complex, and Local Code T-4, as the above continuance is necessary for preparation of counsel.

DATED:     12-13-07                          /s/ C. Emmett Mahle

C. EMMETT MAHLE
Attorney for Defendant
JAIME ANGELES

DATED:     12-13-07                          /s/ Michael Bigelow
MICHAEL BIGELOW
Attorney for Defendant
DAMIAN SUAREZ

DATED:     12-13-07                          /s/ Krista Hart

KRISTA HART
Attorney for Defendant
RENE RODRIGUEZ GUTIERREZ

DATED:     12-13-07                          /s/ Dina Santos

DINA SANTOS
Attorney for Defendant
FRANCES ROSA RAMIREZ

DATED:     12-13-07                          /s/ Vittoria Bossi
VITTORIA BOSSI
Attorney for Defendant
ROQUE LOZANO

DATED:     12-13-07                          /s/ Jesse Santana
JESSE SANTANA
Attorney for Defendant
JORGE MEDINA MENCHACA

DATED:     12-13-07                          /s/ Phil Talbert
PHIL TALBERT
Assistant U.S. Attorney

(PROPOSED) ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status Conference that is scheduled for December 14, 2007, at 9:00 a.m., is hereby continued to January 25, 2008, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.  Time is excluded through that date pursuant to Local Codes T-2, due to complexity, and T-4 for preparation of counsel.

DATED:   December 13, 2007

GARLAND E. BURRELL, JR.
United States District Judge

- 3