C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JAIME ANGELES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR.S-06-403 GEB |
|---|---|
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER |
| vs. | |
| JAIME ANGELES et. al., | |
| Defendants. | |

STIPULATION

This matter is scheduled for Status Conference on March 21, 2008, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.  I have contacted counsel for all defendants, and counsel for the United States, AUSA Heiko Coppola, and they have all agreed, subject to the court's approval, to continue this matter until April 25, 2008, at 9:00 a.m.

All counsel have received approximately 9,000 pages of discovery in the above matter, and continue to review, organize and prepare these materials.  All counsel are also reviewing these materials for the potential preparation of motions.  Investigation is also under way concerning these matters.

All parties hereby agree and stipulate to a continuance of the Status Conference that is scheduled for March 21, 2008, to April 25, 2008, at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr. They further stipulate to the exclusion of time through that date pursuant

to Local Code T-2, as the matter is complex, and Local Code T-4, as the above continuance is necessary for preparation of counsel.

DATED:   3-19-08          /s/ C. Emmett Mahle  
                          C. EMMETT MAHLE  
                          Attorney for Defendant  
                          JAIME ANGELES

DATED:   3-19-08          /s/ Michael Bigelow  
                          MICHAEL BIGELOW  
                          Attorney for Defendant  
                          DAMIAN SUAREZ

DATED:   3-19-08          /s/ Krista Hart  
                          KRISTA HART  
                          Attorney for Defendant  
                          RENE RODRIGUEZ GUTIERREZ

DATED:   3-19-08          /s/ Dina Santos  
                          DINA SANTOS  
                          Attorney for Defendant  
                          FRANCES ROSA RAMIREZ

DATED:   3-19-08          /s/ Vittoria Bossi  
                          VITTORIA BOSSI  
                          Attorney for Defendant  
                          ROQUE LOZANO

DATED:   3-19-08          /s/ Jesse Santana  
                          JESSE SANTANA  
                          Attorney for Defendant  
                          JORGE MEDINA MENCHACA

DATED:   3-19-08          /s/ Heiko Coppola  
                          HEIKO COPPOLA  
                          Assistant U.S. Attorney

(PROPOSED) ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status Conference that is scheduled for March 21, 2008, at 9:00 a.m., is hereby continued to April 25, 2008, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.   Time is excluded through that date pursuant to Local Codes T-2, due to complexity, and T-4 for preparation of counsel.

DATED:  March 20, 2008

_____
GARLAND E. BURRELL, JR.
Chief United States District Judge