MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:06-0403 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE TRIAL DATE |
| DAMIAN SUAREZ, et. al. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties request that the current trial confirmation date of November 14, 2008 and the current jury trial date of December 2, 2008 be vacated. The parties further request that the jury trial in this matter be rescheduled for April 21, 2009 at 9:00 a.m. with a trial confirmation hearing on March 20, 2009 at 9:00 a.m. The parties anticipate that trial will last approximately three weeks. The parties also request that the status hearing before this Court, scheduled for November 7, 2008 at 9:00 a.m. be vacated.

The parties stipulate that the time between December 2, 2008 and April 21, 2009 should be excluded from the calculation of

1

time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4.  Specifically, defense counsel for defendant Roque Lozano, Shari Rusk, was appointed in early June 2008 and needs additional time to prepare for trial and fully investigate this matter.  Defense counsel for Jaime Angeles, C. Emmett Mahle, has a trial in state court that conflicts with the current trial date and as such, would not be ready for trial on the currently scheduled date.  Discovery in this matter is also quite extensive and the remaining counsel stipulate and agree that additional time is needed for trial preparation and investigation of this matter.

This Court has also previously excluded time in this matter based upon the complexity of the case pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code T-2, (complexity based upon the number of defendants and the nature of the prosecution).  The parties stipulate and agree that the ends of justice are served by the Court continuing to exclude such time on the basis of complexity so that counsel have a reasonable time to adequately prepare for trial.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best
///
///
///

interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

```
                                     Respectfully Submitted,

                                     McGREGOR W. SCOTT
                                     United States Attorney

DATE: November 6, 2008      By:   /s/ Heiko P. Coppola
                                  HEIKO P. COPPOLA
                                  Assistant U.S. Attorney

DATE: November 6, 2008             /s/ Michael B. Bigelow[1]
                                   MICHAEL B. BIGELOW
                                   Attorney for Defendant Damian
                                   Suarez

                                   /s/ C. Emmett Mahle
                                   C. EMMETT MAHLE
                                   Attorney for Defendant Jaime
                                   Angeles

                                   /s/ Shari Rusk
                                   SHARI RUSK
                                   Attorney for Defendant Roque
                                   Lozano

                                   /s/ Jesse Santana
                                   JESSE SANTANA
                                   Attorney for Defendant Jorge
                                   Menchaca

                                   /s/ Krista Hart
                                   KRISTA HART
                                   Attorney for Defendant Rene
                                   Gutierrez

                                   /s/ Dina Santos
                                   DINA SANTOS
                                   Attorney for Frances Ramirez
```

**IT IS SO ORDERED.**

Dated:  November 6, 2008

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] All counsel authorized AUSA Heiko P. Coppola to electronically sign this stipulation.

3