C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JAIME ANGELES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR.S-06-403 GEB |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER |
| vs. | |
| JAIME ANGELES et. al., | |
| Defendants. | |

STIPULATION

This matter is scheduled for Trial Confirmation Conference on March 20, 2009, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr. I have contacted counsel for all defendants, and counsel for the United States, AUSA Heiko Coppola, and AUSA Phil Talbert, and they have all agreed, subject to the court's approval, to continue this matter until April 3, 2009, at 9:00 a.m. It is anticipated that the jury trial that is currently set for April 20, 2009, will be vacated, and reset for a later date.

All counsel have received approximately 9,000 pages of discovery in the above matter, and continue to review, organize and prepare these materials. All counsel are also reviewing these materials for the potential preparation of motions. Investigation is continuing.

All parties hereby agree and stipulate to a continuance of the Trial Confirmation Conference that was scheduled for March 20, 2009, at 9:00 a.m., to April 3, 2009, at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr. They further stipulate to the exclusion

- 1 -

of time through that date pursuant to Local Code T-2, as the matter is complex, and Local Code T-4, as the above continuance is necessary for preparation of counsel.

DATED:   3-16-09         /s/ C. Emmett Mahle
C. EMMETT MAHLE
Attorney for Defendant
JAIME ANGELES

DATED:   3-16-09         /s/ Michael Bigelow
MICHAEL BIGELOW
Attorney for Defendant
DAMIAN SUAREZ

DATED:   3-16-09         /s/ Krista Hart
KRISTA HART
Attorney for Defendant
RENE RODRIGUEZ GUTIERREZ

DATED:   3-16-09         /s/ Dina Santos
DINA SANTOS
Attorney for Defendant
FRANCES ROSA RAMIREZ

DATED:   3-16-09         /s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
ROQUE LOZANO

DATED:   3-16-09         /s/ Jesse Santana
JESSE SANTANA
Attorney for Defendant
JORGE MEDINA MENCHACA

DATED:   3-16-09         /s/ Phil Talbert
PHIL TALBERT
Assistant U.S. Attorney

DATED:   3-16-09         /s/ Heiko Coppola
HEIKO COPPOLA
Assistant U.S. Attorney

(PROPOSED) ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status Conference that was scheduled for March 20, 2009, at 9:00 a.m., is hereby continued to April 3, 2009, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr. Time is excluded through that date pursuant to Local Codes T-2, due to complexity, and T-4 for preparation of counsel.

3/17/09

_____
GARLAND E. BURRELL, JR.
United States District Judge