**CMICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Damian Suarez

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                                  )<br>        Plaintiff    )<br>                                  )<br>      v.                    )<br>                                  )<br>DAMIAN SUAREZ                  )<br>RENE RODRIGUEZ               )<br>JAIME ANGELES                 )<br>ROQUE LOZANO                  )<br>                                  )<br>        Defendant   )<br>_____) | No. Cr.S-06-403 GEB<br><br>STIPULATION AND ORDER CONTINUING TCH<br><br>Date:       January 8, 2010<br>Time:       9:00 AM<br>Court:      GEB |

    IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter, calendared for Friday December 18, 2009, at 9:00 AM, for trial confirmation hearing be rescheduled for January 8, 2010 at 9:00 AM for trial confirmation hearing. Trial is presently scheduled for January 26, 2010 and time has been excluded to that date.

    This stipulation and agreement is entered into for the following reasons: Counsel for each of the defendants above named is in continuing plea negotiation with the government and

-1-

requires additional time to consult with their respective clients before confirming trial.

Time has been previously excluded up to and including the trial date of January 26, 2010.

**IT IS SO STIPULATED**

| | |
|---|---|
| Dated: December 17, 2009 | /S/ MICHAEL B. BIGELOW<br>Michael B. Bigelow<br>Attorney for Defendant Suarez |
| Dated: December 17, 2009 | /S/ SHARI RUSK<br>Shari Rusk<br>Attorney for Defendant Lozano |
| Dated: December 17, 2009 | /S/ EMMETT MAHLE<br>Emmett Mahle<br>Attorney for Defendant Angeles |
| Dated: December 17, 2009 | /S/ KRISTA HART<br>Krista Hart<br>Attorney for Defendant Gutierrez |
| Dated: December 17, 2009 | /S/ HEIKO COPPOLA<br>Heiko Coppola, AUSA |

**IT IS SO ORDERED**

December 22, 2009

GARLAND E. BURRELL, JR.
United States District Judge

-2-