UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,   )
                            )   2:06-cr-00403-GEB-1
           Plaintiff,       )
                            )
     v.                     )   TRIAL CONFIRMATION ORDER
                            )
DAMIEN SUAZREZ, JAIME ANGELES,)
ROQUE LOZANO, RENE RODRIGUEZ )
GUTIERREZ,                  )
                            )
           Defendants.      )
                            )
```

Trial in the above-captioned case is scheduled to commence on March 23, 2010, at 9:00 a.m. That date was confirmed at the hearing on Wednesday, March 3, 2010.

I. EVIDENTIARY DISPUTES

All evidentiary disputes capable of being resolved by in limine motions, shall be set forth in such motions no later than 4:30 p.m. on March 8, 2010.[1] Oppositions to the motions or non-opposition statements shall be filed no later than March 15, 2010. Hearing on the motions will commence at 9:00 a.m. on March 19, 2010. If the parties have other reasonably anticipated disputes concerning the admissibility of evidence, such disputes should be included in their trial briefs. L.R. 285(a)(3).

---

[1] The parties are requested to meet and confer about such disputes before filing a motion to determine if agreement can be reached on any issue.

1

II.   TRIAL PREPARATION

A.   No later than five court days before trial, the following documents should be filed:

    (1)   proposed jury instructions;

    (2)   proposed voir dire questions to be asked by the Court;

    (3)   trial briefs;[2]

    (4)   a joint statement or joint proposed jury instruction that can be read to the jury in advance of voir dire that explains the nature of the case; and

    (5)   a proposed verdict form.

At the time of filing the proposed jury instructions, proposed voir dire questions, verdict and joint statement, <u>counsel shall also submit a copy of the sanitized jury instructions, the proposed voir dire questions, verdict forms and the joint statement to the Court by email to geborders@caed.uscourts.gov in accordance with L.R. 163(b)(1).</u>

B.   The government's exhibits shall be numbered and eventually marked with stickers provided by the court.  Should the defendant elect to introduce exhibits at trial, such exhibits shall be designated by alphabetical letter with stickers provided by the court. The parties may obtain exhibit stickers by contacting the clerk's

---

[2] To ensure that the trial proceeds at a reasonable pace, the government is required to include in its trial brief a summary of points of law, including reasonably anticipated disputes concerning admissibility of evidence, legal arguments, and citations of authority in support thereof.  L.R. 285(a)(3). The defense is also encouraged to do this to the extent it opines it should.

1  office at (916) 930-4000.
2           C.   The parties estimate the trial will take three (3)
3  weeks.  Each side is granted twenty (20) minutes for voir dire, which
4  may be used after the judge completes judicial voir dire.
5            The "struck jury" system will be used to select the
6  jury as explained at the trial conference hearing.  Three (3)
7  alternate jurors will be empaneled.
8            Each side is given one (1) hour to make an
9  opening statement.
10           IT IS SO ORDERED.
11 Dated:  March 9, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge