UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
May 28, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DAMIAN SUAREZ, ) <br> ) <br> Defendant. ) | Case No. 2:CR0600403-GEB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __DAMIAN SUAREZ__, Case No. __2:CR0600403-GEB__, Charge __21USCS § 846, 841(a)(1)__, from custody and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)  __Released Time Served__

Issued at __Sacramento, CA__ on __May 28, 2010__ at __9:34 am__.

                                       By  /s/ Garland E. Burrell
                                                Garland E. Burrell
                                                United States District Judge