

**FILED**

APR 2 6 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )     2:06-cr-00403-GEB
              Plaintiff,           )
                                   )
         v.                        )     ORDER
                                   )
DAMIAN SUAREZ, et al.,             )
                                   )
              Defendants.          )
_____   )

          This decision explains why attorney C. Emmett Mahle's request
for $52,743.79 compensation under the Criminal Justice Act ("CJA") is
only partially approved. In the prior attached communication to Mr.
Mahle about his request, I proposed a fifty percent reduction of the fee
he requested and provided Mr. Mahle the opportunity to address the
proposed reduction on-the-record, orally and/or in writing, no later
than April 15, 2011.

          As explained in the prior communication, Mr. Mahle represented
he completed numerous tasks in an amount of time that is at least twice
as long as could arguably be considered reasonable for performing those
tasks. Therefore, it can be reasonably inferred that Mr. Mahle has
inflated all of his billings. See In re Smith, 586 F.3d 1169, 1174 (9th
Cir. 2009)(indicating a presiding judge has authority to make percentage
reductions to CJA fee awards when supported by articulated reasoning);
Pequero-Moronta v. Gabriel-Santiago, No. 01-1390 (JAF), 2010 WL 1444863,
at *2  (D. Puerto Rico April 8, 2010)(stating percentage reduction of

1

fee instead of individual time entry reductions is appropriate in cases with "an evident practice of over-billing across the board").

Mr. Mahle did not respond to the prior communication; nevertheless, after further reflection on Mr. Mahle's representation about the amount of discovery he reviewed, including billing entries for trial preparation, the proposed percentage of reduction has been reconsidered. In light of what Mr. Mahle represents about the volume of discovery he reviewed, Mr. Mahle's total compensation requested is reduced by twenty percent, or $10,548.76.

Dated:  April 26, 2011

GARLAND E. BURRELL, JR.
United States District Judge

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                         )     2:06-cr-00403-GEB
            Plaintiff,                    )
                                         )
      v.                                  )     PROMOSED CJA ATTORNEY FEE
                                         )     REDUCTION
DAMIAN SUAREZ, et al.,                    )
                                         )
            Defendants.                   )
_____  )

      Attorney C. Emmett Mahle's request for $52,743.79
compensation, based on vouchers submitted under the Criminal Justice Act
("CJA"), has been reviewed and numerous excessive billings have been
found, which results in this communication with Mr. Mahle. For the
purpose of allowing the reader to readily verify examples of excessive
billings, appended to this order are pages from the Docket Text for this
criminal action and some of the filings considered excessive.

      "The [CJA] guidelines . . . establish . . . [i]f the
presiding judge concludes that a reduction in claimed compensation is
necessary, that judge should provide appointed counsel with (1) prior
notice of the proposed reduction with a brief statement of the reasons
for it, and (2) an opportunity to address the matter." In re Smith, 586
F.3d 1169, 1173-74 (9th Cir. 2009) (citation and internal quotation
marks omitted). This communication provides Mr. Mahle with notice that
the Court proposes a 50 percent reduction of the total compensation he

1

1 seeks since most of the referenced billings for tasks listed below are
2 billed at least twice the amount of time that could arguably be
3 considered reasonable for performing the tasks (some of the tasks
4 arguably should not have been included in the fee request but for this
5 review it is assumed that inclusion is appropriate). The degree of
6 reduction is proposed, even though it is unclear whether other billings
7 are also tainted by the same measure of referenced inflation, because it
8 can be reasonably inferred that the same measure of inflation must
9 permeate practically all of Mr. Mahle's billings since he has
10 demonstrated he lacks a reasonable billing judgment and has purposefully
11 inflated certain billings. See In re Smith, 586 F.3d at 1174 (indicating
12 a presiding judge has authority to make percentage reductions to CJA fee
13 awards when supported by articulated reasoning); Peguero-Moronta v.
14 Gabriel-Santiago, No. 01-1390 (JAF), 2010 WL 1444863, at *2 (D. Puerto
15 Rico April 8, 2010) (stating percentage reduction of fee instead of
16 individual time entry reductions is appropriate in cases with "an
17 evident practice of over-billing across the board").

18 Mr. Mahle requested reimbursement on multiple occasions for
19 viewing the electronic docketed version of documents after they were
20 filed when he had personally prepared those documents. This is an
21 example of inflated billings; Mr. Mahle typically billed twelve minutes
22 for viewing the same document he prepared after it appeared on the
23 electronic docket and he had no legitimate purpose for this excessive
24 billing. By inflating his billing, Mr. Mahle exaggerated any arguably
25 permitted billing by at least 50 percent.

26 One of the referenced documents is the thirteen line
27 "Stipulation and (Proposed) Order" filed June 6, 2007. (ECF No. 49.)
28 Mr. Mahle states it took him twelve minutes to review this document once

2

it appeared on the electronic docket, even though he previously prepared
and filed it on the same day. Further, Mr. Mahle billed an additional
twelve minutes for his review of the same document after it was signed
on June 6, 2007. (ECF No. 50.) Similarly, Mr. Mahle states it took him
eighteen minutes to prepare a "Stipulation and (Proposed) Order" on
August 7, 2007; twelve minutes to review the electronic docketed version
of this document after he filed and docketed it as ECF No. 53 on August
7, 2007; and he spent an additional six minutes reviewing this same
document after it was signed and docketed as ECF No. 54 the next day on
August 8, 2007. Additional stipulations and proposed orders reflecting
the same type of excessive billing are listed in the chart below.

        The Court also questions the time Mr. Mahle states it took to
prepare all but the first of the above-referenced stipulations and
proposed orders since they appear nearly identical to what he first
prepared and required little new work product. These documents appear
cut and pasted from the first stipulation, requiring only the
substitution of dates of names of counsel. There was also the addition
or deletion of a new substantive sentence in a few of the stipulations.
Mr. Mahle billed for other stipulations and proposed orders in the same
manner: eighteen minutes to prepare a "Stipulation and (Proposed) Order"
on October 1, 2007;  twelve minutes to review ECF No. 59, the electronic
docketed version of this document after he filed it and caused it to
appear on the docket on October 1, 2007; and he spent an additional six
minutes reviewing this same document after it was signed and docketed as
ECF No. 61. Mr. Mahle also states it took him eighteen minutes to
prepare a "Stipulation and (Proposed) Order" on December 13,  2007;
twelve minutes to review ECF No. 64, the electronic docketed version of
this document after he filed it and caused it to appear on the docket on

1   December 13, 2007; and for some inexplicable reason he spent an
2   additional twelve minutes reviewing this same document after it was
3   signed and docketed as ECF No. 65 on December 14, 2007. ECF No. 64
4   appears to reflect what has been copied from ECF No. 59, since it is
5   identical except for the deletion of a sentence in the first paragraph,
6   and different dates in the second paragraph. ECF No. 65 is identical to
7   ECF No. 67 except for the different dates in the second paragraph; it
8   should not have taken eighteen minutes to copy and paste the referenced
9   text. It is clear the referenced billings are inflated over 50 percent
10  of what could be considered reasonable billings.

11       It was also unreasonable to bill twenty-four minutes for
12  preparation of the one sentence joinder of a co-defendant's motions in
13  limine (ECF No. 111), especially since Mr. Mahle billed twelve minutes
14  for his review of ECF No. 110, which is a co-defendant's one sentence
15  joinder to others' motions in limine and is similiar to the one sentence
16  joinder he filed the day before. Further, Mr. Mahle billed an additional
17  twelve minutes for his review of the one sentence joinder he prepared
18  after he filed and docketed it as ECF No. 111. on the same day he
19  prepared it.  The total time involved with billing for the referenced
20  two one-sentence joinders is forty-eight minutes.

21       Additionally, the reimbursement Mr. Mahle requests for review
22  of numerous form/boilerplate criminal documents is excessive. Mr. Mahle
23  billed twelve minutes for reviewing his CJA form appointment document
24  (ECF No. 35) and twelve minutes each time he reviewed the form CJA
25  appointment documents for other attorneys (ECF Nos. 44, 75), yet for
26  reviewing certain CJA attorneys' form appointment documents he billed
27  only six minutes(ECF Nos. 31, 33, 37). Mr. Mahle has the same type of
28  billings for arrest warrants (ECF Nos. 12, 13, 26), waivers of

4

indictments (ECF Nos. 89, 130, 132 ), waivers of appearances (ECF Nos. 46, 47), schedules for disclosure of pre-sentence reports (ECF Nos. 83, 84), and detention orders (ECF Nos. 16, 19). These billing are inflated over 50 percent of what could be considered reasonable billings.

Mr. Mahle also states it took him twenty-four minutes to review ECF No. 124, a four line minutes and one-half page form change of plea for a co-defendant on March 11, 2010, and he states it took him twelves minutes to read ECF No. 124 again one day later on March 12, 2010. (ECF No. 124) This billing is clearly excessive.

Mr. Mahle also billed six minutes each for looking at ECF Nos. 55 and 57, in which the Clerk states "DISREGARD - INCOMPLETE FILING" and "DISREGARD-DUPLICATIVE"; and, an additional six minutes for looking at the Clerk's one sentence correction of those entries in ECF No. 58.  Mr. Mahle also billed for the review of three sealed documents, for a total time entry of twenty-four minutes. (ECF Nos. 23, 85, 167.) Since it is the Court's understanding that these sealed documents are not available for viewing, it is unclear why any time was billed.

Mr. Mahle also billed twenty-four minutes for drafting an eight sentence "Memorandum" on February 23, 2010, concerning his planned vacation and the availability of another attorney to respond to any jury question during his absence. Mr. Mahle billed an additional twelve minutes for his review the electronic docketed version of the Memorandum in ECF No. 98, which he saw on the same day he drafted and filed it. Most, if not all, of the twelve minutes Mr. Mahle states it took him to review this Memorandum is patently excessive.

Further, the time claimed in performing the following tasks also appears excessive and does not reflect time "reasonably expended and in the exercise of reasonable professional judgment"[1]:

| Date | Entry | Time Billed | Comments |
|------|-------|-------------|----------|
| 11/1/06 | Receipt and review ("Rec/Rev") ECF No. 9 | .4 | There are two ECF No. 9s: 1) One page form CJA financial affidavit for co-defendant, and 2) 9 lines Minutes – re: proceedings before Judge Drozd (initial appearance for his client and multiple other defendants); attorney present at hearing

It should not have taken 24 minutes to read these docket entries, even if review of both No. 9 entries are referenced by the fee charge. This billing is excessive by at least .3, meaning that eighteen minutes of the billing is excessive or that the billing is excessive by 75%. |
| 11/1/06 | Rec/Rev ECF No. 10 | .2 | Form detention order re client. This billing is excessive by at least .1, meaning that six minutes of the billing is excessive or that the billing is excessive by 50%. |
| 11/2/06 | Rec/Rev ECF No. 11 | .2 | Minutes – 4 lines re: detention hearing for co-defendant. This billing is excessive by at least .1, meaning that six minutes of the billing is excessive or that the billing is excessive by 50%. |

---

[1]    In re Smith, 586 F.3d at 1171.

6

| 11/7/06 | Rec/Rev ECF No. 14 | .2 | Minutes - 9 lines re detention hearing for co-defendant. This billing is  excessive by at least .1, meaning that six minutes of the billing is excessive or that the billing is excessive by 50%. |
|---------|--------------------|-----|--------|
| 11/9/06 | Rec/Rev ECF No. 18 | .2 | Minutes - 5 lines re initial appearance of co-defendant. This billing is excessive by at least .1, meaning that six minutes of the billing is excessive or that the billing is excessive by 50%. |
| 11/16/06 | Rec/Rev ECF No. 24 | .2 | Minutes - 6 lines re arraignment for client and two co-defendants; counsel present at hearing. This billing is excessive by at least .1, meaning that six minutes of the billing is excessive or that the billing is excessive by 50%. |
| 11/21/06 | Rec/Rev ECF No. 27 | .2 | Memorandum re request for co-defendant to be added to calendar for arraignment (3 sentences). This one page document is attached. This billing is excessive by at least .1, meaning that six minutes of the billing is excessive or that the billing is excessive by 50%. |
| 11/27/06 | Rec/Rev ECF No. 28 | .2 | Minutes - 5 lines re arraignment of co-defendant. This billing is excessive by at least .1, meaning that six minutes of the billing is excessive or that the billing is excessive by 50%. |
| 11/29/06 | Rec/Rev ECF No. 29 | .2 | Minutes - 4 lines re arraignment of co-defendant. This billing is excessive by at least .1, meaning that six minutes of the billing is excessive or that the billing is excessive by 50%. |

| 11/30/06 | Rec/Rev ECF No. 30 | .2 | Application for writ of habeas corpus for co-defendant (1 page form document). This billing is excessive by at least .1, meaning that six minutes of the billing is excessive or that the billing is excessive by 50% |
|---|---|---|---|
| 12/29/06 | Rec/Rev ECF No. 39 | .2 | Minutes - 6 lines re initial appearance and arraignment of co-defendant. This billing is excessive by at least .1, meaning that six minutes of the billing is excessive or that the billing is excessive by 50% |
| 1/14/07 | Rec/Rev ECF No. 42 | .2 | Minutes - 5 lines re status conference; Mr. Mahle was present at hearing. This billing is excessive by at least .1, meaning that six minutes of the billing is excessive or that the billing is excessive by 50% |
| 2/23/07 | Rec/Rev ECF No. 45 | .2 | Minutes - 6 lines re status conference; Mr. Mahle was present. This billing is excessive by at least .1, meaning that six minutes of the billing is excessive or that the billing is excessive by 50%. |
| 4/20/07 | Rec/Rev ECF No. 48 | .2 | Minutes - 5 lines re status conference; Mr. Mahle counsel was present at hearing. This billing is excessive by 50%. |
| 7/24/07 | Rec/Rev ECF No. 51 | .2 | Substitution of attorney re co-defendant (8 lines). This billing is excessive by 50%. |
| 7/25/07 | Rec/Rev ECF No. 52 | .1 | Order substituting attorneys (signed version of ECF No. 51). |
| 9/13/07 | Rec/Rev ECF No. 56 | .2 | Substitution of counsel for co-defendant (3 lines of text). This billing is excessive by 50% |

8

| 10/1/07 | Rec/Rev ECF No. 60 | .2 | Substitution of attorney re co-defendant (3 lines). This billing is excessive by 50%. |
|---|---|---|---|
| 10/2/07 | Rec/Rev ECF No. 61 | .1 | Signed version of ECF No. 59 |
| 10/30/07 | Rec/Rev ECF No. 62 | .2 | Stipulation and proposed order to continue status conference (17 lines) prepared by counsel for co-defendant. This billing is excessive by 50%. |
| 11/1/07 | Rec/Rev ECF No. 63 | .2 | Signed version of ECF No. 62. This billing is excessive by 50%. |
| 12/13-14-07 | Drafted/filed/s tip and order Rec/Rev ECF No. 64 Rec/Rev ECF No. 65 | .3 .2 .1 | Mr. Mahle states it took him eighteen minutes to draft this nine line document on 12/13/07, and twelves minutes to receive and review the same document after it appeared on the docket on 12/13/07(after he filed it), and six minutes to review and receive the document on 12/14/07, after the judge signed it. This billing is excessive by 50% or more. |
| 1/25/08 | Rec/Rev ECF No. 66 | .2 | Minutes - 5 lines re status conference; Mr. Mahle was present at hearing. This billing is excessive by 50%. |
| 3/21/08 | Drafted/filed/s tip and order Rec/Rev ECF No. 67 Rec/Rev ECF No. 68 | .4 .2 ..2 | It is assumed that this drafted and filed document is what Mr. Mahle states it took him twelves minutes to receive and review on 3/21/08 (ECF No. 67), and billed twelves minutes when he saw my signature reflected on the document on 3/21/08 (ECF No. 68). It should not have taken Mr. Mahle twenty-four minutes to prepare ECF No. 67, since this document is substantially similiar to ECF No. 64, which it only took Mr. Mahle eighteen minutes to draft. This billing is excessive by more than 50%. |

| 4/25/08 | Rec/Rev ECF No. 70 | .2 | Minutes (6 lines) re status conference; Mr. Mahle was present at hearing. This billing is excessive by 50%. |
|---|---|---|---|
| 5/15/08 | Rec/Rev ECF No. 71 | .2 | Handwritten letter from co-defendant requesting appointment of another counsel. This billing is excessive by 50%. |
| 5/19/08 | Rec/Rev ECF No. 72 | .2 | Two sentence Minute Order scheduling status conference for matter involving representation of co-defendant. This billing is excessive by 50%. |
| 5/30/08 | Rec/Rev ECF No. 73 | .2 | Minutes (3 lines) re status conference concerning co-defendant's representation referenced in ECF No. 72. This billing is excessive by 50%. |
| 6/6/08 | Rec/Rev ECF No. 74 | .2 | Minutes (3 lines) re status conference as to appointment of new counsel for co-defendant. This billing is excessive by 50%. |
| 10/17/08 | Rec/Rev ECF No. 76 | .2 | Minutes (6 lines) re status conference; Mr. Mahle was present at hearing. This billing is excessive by 50%. |
| 11/5/08 | Rec/Rev ECF No. 77 | .2 | Stipulation and proposed order to continue status conference prepared by counsel for co-defendant. This billing is excessive by 50%. |
| 11/5/08 | Rec/Rev ECF No. 78 | .2 | Signed version of ECF No. 77. This billing is excessive by 50%. |

| | | | |
|---|---|---|---|
| 3/19/09 | Rec/Rev ECF No. 79 Rec/Rev ECF No. 80 | .2 .1 | Mr. Mahle states it took him thirty minutes to draft this stipulation and order on 3/16/09. It is similiar to the stipulation and order he drafted in eighteen minutes on 12/13/07.  He billed an additional twelves minutes to receive and review the same document after it appeared on the docket on 3/16/09, and six minutes to review and receive the document on 3/19/09, after the judge signed it. This billing is excessive by over 50%. |
| 4/1/09 | Rec/Rev ECF No. 81 Rec/Rev ECF No. 82 | .2 .2 | Mr. Mahle states it took him twenty-four minutes to draft this stipulation and order on 4/1/09, twelves minutes to receive and review the same document after it appeared on the docket on 4/1/09(after he filed it), and twelves minutes to review and receive the same document on 4/1/09, after the judge signed it. This billing is excessive by 50% or more. |
| 12/18/09 | Rec/Rev ECF No. 83 | .2 | Schedule for disclosure of pre-sentence report for co-defendant. This billing is excessive by 50%. |
| 12/18/09 | Rec/Rev ECF No. 89 | .2 | Waiver of indictment for co-defendant. This billing is excessive by 50%. |
| 12/18/09 | Rec/Rev ECF No. 90 | .3 | Superseding information for co-defendant. This billing is excessive by 66%. |
| 12/18/09 | Rec/Rev ECF No. 92 | .3 | Superseding information for co-defendant. This billing is excessive by 66%. |
| 12/21/09 | Rec/Rev ECF No. 86 | .2 | Minutes (4 lines) re change of plea hearing for co-defendant. This billing is excessive by 50%. |

11

| | | | |
|---|---|---|---|
| 12/21/09 | Rec/Rev ECF No. 87 | .2 | Criminal minutes (1 page form document) re co-defendant. This billing is excessive by 50%. |
| 1/8/10 | Rec/Rev ECF No. 95 | .2 | Minutes (5 lines) re status conference; Mr. Mahle was present at hearing. This billing is excessive by 50%. |
| 2/19/10 | Rec/Rev ECF No. 97 | .2 | 1-page handwritten request for new appointed counsel by co-defendant. This billing is excessive by 50%. |
| 2/23/10 | Rec/Rev ECF No. 99 | .2 | Minute Order (3 lines) re continuance of trial confirmation hearing. This billing is excessive by 50%. |
| 3/3/10 | Rec/Rev ECF No. 100 | .2 | Minutes (7 lines) re status conference; Mr. Mahle was present at hearing. This billing is excessive by 50% |
| 3/8/10 | Rec/Rev ECF No. 103 | .2 | US's notice of intent to present evidence of client's other acts - vehicle stop. This billing is excessive by 50% |
| 3/8/10 | Rec/Rev ECF No. 104 | .3 | US's notice of intent to present evidence of client's prior convictions. This billing is excessive by 66%. |
| 3/8/10 | Rec/Rev ECF No. 105 | .3 | US's notice of intent to introduce evidence of co-defendant's other acts. This billing is excessive by 66%. |
| 3/8/10 | Rec/Rev ECF No. 106 | .3 | US's notice of intent to present evidence of co-defendant's prior convictions. This billing is excessive by 66%. |

12

| 3/11/10 | Rec/Rev ECF No. 113 | .2 | Memorandum by US re continuing sentencing date for co-defendant (2 sentences). This billing is excessive by 50%. |
|---------|----------------------|-----|------------------------------------------------------------------------------------------------------------------|
| 3/11/10 | Rec/Rev ECF No. 114 | .2 | Memorandum by US re continuing sentencing date for co-defendant (2 sentences). This billing is excessive by 50%. |
| 3/11/10 | Rec/Rev ECF No. 115 | .3 | Information (2 pages) for client. This billing is excessive by 50%. |
| 3/11/10 | Rec/Rev ECF No. 116 | .3 | Superseding information for client (2 pages). This billing is excessive by 50%. |
| 3/11/10 | Rec/Rev ECF No. 117 | .2 | Information for co-defendant (2 pages). This billing is excessive by 50%. |
| 3/11/10 | Rec/Rev ECF No. 118 | .2 | Superseding information for co-defendant (2 pages). This billing is excessive by 50%. |
| 3/11/10 | Rec/Rev ECF No. 119 | .2 | Charged twelve minutes for reading the following on the docket: "Notice of Hearing for [co-defendant] pursuant to 113 Memorandum, Judgment and Sentencing is CONTINUED to 4/16/2010 at 9:00 a.m. in Courtroom 10 . . . ." (almost 3 lines). This billing is excessive by 50%. |
| 3/11/10 | Rec/Rev ECF No. 120 | .2 | Notice of continuance of sentencing hearing for co-defendant (3 lines-same type of billing as made concerning ECF No. 119). This billing is excessive by 50%. |
| 3/11/10 | Rec/Rev ECF No. 122 | .2 | Superseding information for co-defendant (2 pages). This billing is excessive by 50%. |

| | | | |
|---|---|---|---|
| 3/16/10 | Rec/Rev ECF No. 127 | .2 | Superseding information for co-defendant (2 pages). This billing is excessive by 50%. |
| 3/19/10 | Rec/Rev ECF No. 134 | .2 | Criminal minutes (1 page form document) re co-defendant's judgment and sentencing. This billing is excessive by 50%. |
| 3/31/10 | Rec/Rev ECF No. 137 | .2 | Judgment for co-defendant. This billing is excessive by 50%. |
| 4/5/10 | Rec/Rev ECF No. 141 | .2 | Memorandum from probation office re continuance of sentencing/judgment of co-defendant (1 page). This billing is excessive by 50%. |
| 4/5/10 | Rec/Rev ECF No. 142 | .2 | Order for release of person in custody re co-defendant (1 page). This billing is excessive by 50%. |
| 4/5/10 | Rec/Rev ECF No. 143 | .2 | Release conditions for co-defendant (2 pages). This billing is excessive by 50%. |
| 4/6/10 | Rec/Rev ECF No. 144 | .2 | Memorandum from US re rescheduling sentencing and judgment (3 sentences). This billing is excessive by 50%. |
| 4/6/10 | Rec/Rev ECF No. 145 | .2 | Unsecured appearance bond for co-defendant. This billing is excessive by 50%. |
| 5/24/10 | Rec/Rev ECF No. 147 | .2 | Memorandum from probation office re continuance of sentencing/judgment of co-defendant (1 page). This billing is excessive by 50%. |
| 5/28/10 | Rec/Rev ECF No. 148 | .2 | Criminal minutes (1 page form document) re co-defendant's judgment and sentencing. This billing is excessive by 50%. |

| 6/3/10 | Rec/Rev ECF No. 150 | .2 | Memorandum from probation office re continuance of sentencing/judgment of co-defendant (1 page). This billing is excessive by 50%. |
|--------|---------------------|-----|----------------------------------------------------------------------------------------------------------------------------------------|
| 6/4/10 | Rec/Rev ECF No. 151 | .2 | Criminal minutes (1 page form document) re co-defendant's judgment and sentencing. This billing is excessive by 50%. |
| 6/9/10 | Rec/Rev ECF No. 152 | .2 | Judgment for co-defendant. This billing is excessive by 50%. |
| 8/5/10 | Rec/Rev ECF No. 157 | .2 | Joint sentencing memorandum re co-defendant (18 lines). This billing is excessive by 50% |
| 8/11/10 | Rec/Rev ECF No. 158 | .2 | Defendant's Sentencing Memorandum (3 pages) that Mr. Mahle drafted on 8/11/10, and billed forty-eight minutes for drafting it, and be billed an additional twelves minutes after he caused it to be filed and received and reviewed ECF No. 158 on 8/11/10. It is questionable whether any portion of the additional twelves minutes could be justified, but it is clearly excessive by at least 50%. |
| 8/11/10 | Rec/Rev ECF No. 160 | .3 | Government's response to counsel's sentencing memorandum (3 pages) in which they agree w/ counsel's proposed sentence of 120 months. |
| 8/13/10 | Rec/Rev ECF No. 161 | .2 | Form Criminal minutes (1 page form document) re client's judgment and sentencing; Mr. Mahle was present at hearing. |
| 8/13/10 | Rec/Rev ECF No. 162 | .2 | Form Criminal minutes (1 page form document) re co-defendant's judgment and sentencing. This billing is excessive by 50%. |
| 8/26/10 | Rec/Rev ECF No. 165 | .2 | Judgment for co-defendant. This billing is excessive by 50%. |

1   Finally, after reviewing numerous documents and creating the
2   chart above, the Court also reviewed the Clerk's minutes on the docket
3   for the purpose of further evaluating the billing requests. Attached is
4   an annotated copy of the docket entries; Mr. Mahle's billings for
5   reading the Clerk's minutes are noted in the left column of the relevant
6   portions of the attached sheets. The excessive billings are evident.

7   Mr. Mahle is provided the opportunity to address the proposed
8   50 percent fee reduction on-the-record, orally and/or in writing, no
9   later than April 15, 2011. If Mr. Mahle desires to address the proposed
10  reduction orally, contact the courtroom deputy, Shani Furstenau, so that
11  she can schedule the in chambers hearing.

12  Dated: March 29, 2011

        GARLAND E. BURRELL, JR.
        United States District Judge

16

**U.S. District Court**
**Eastern District of California - Live System (Sac**
**CRIMINAL DOCKET FOR CASE #: 2:06-cr-00403-GE**
**Internal Use Only**

Case 2:06-cr-00403-GEB Document 170 Filed 04/26/11 Page 19 of 100



| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2006 | 1 | COMPLAINT as to Damian Suarez (1). (Y' (Entered: 09/21/2006) |
| 09/21/2006 | 2 | (Court only) ARREST WARRANT ISSUE to Damian Suarez. (Yin, K) [2:06-mj-0025: 09/21/2006) |

| 09/21/2006 | ●3 | MINUTES (Text Only) for proceedings held before Judge Gregory G. Hollows :INITIAL APPEARANCE as to Damian Suarez held on 9/21/2006. Attorney Michael Bradley Bigelow for Damian Suarez added. The Government moves for detention of the defendant without opposition from Defense Counsel. The court ordered the defendant detained. Defense counsel states his client waives time on the Preliminary Hearing therefore the matter is set on the 11th day. Preliminary Examination set for 10/6/2006 at 02:00 PM in Courtroom 26 (KJM) before Magistrate Judge Kimberly J. Mueller. Government Counsel Phillip A. Talbert present. Defense Counsel Michael Bigelow, appt. present. Custody Status: In Custody. Court Reporter/CD Number: 1 of 1. (Callen, V) [2:06-mj-00253-GGH] (Entered: 09/21/2006) |
| 09/21/2006 | ●4 | DETENTION ORDER as to Damian Suarez signed by Judge Gregory G. Hollows on 9/21/06. (Donati, J) [2:06-mj-00253-GGH] (Entered: 09/22/2006) |
| 09/22/2006 | ●5 | ARREST WARRANT RETURNED Executed on 9/21/06 as to Damian Suarez. (Donati, J) [2:06-mj-00253-GGH] (Entered: 09/25/2006) |
| 10/05/2006 | ●6 | INDICTMENT as to Damian Suarez (1) count(s) 1, 2. (Brown, T) (Entered: 10/05/2006) |
| 10/05/2006 | ●7 | AO257 (Sealed) as to Damian Suarez (Brown, T) (Entered: 10/05/2006) |
| 10/06/2006 | ●8 | MINUTES for proceedings held before Judge Kimberly J. Mueller :ARRAIGNMENT as to Damian Suarez (1) Count 1,2 held on 10/6/2006. NOT GUILTY PLEA ENTERED. Jury Trial requested. Excludable started as to Damian Suarez: T4 Start: 10/06/06 Stop: 11/17/06. Status Conference set for 11/17/2006 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.. Government Counsel Phil Talbert present. Defense Counsel Michael Bigelow present. Custody Status: in custody. Court Reporter/CD Number: Cd #1. (Farnsworth, C) (Entered: 10/06/2006) |
| 10/18/2006 | 9 | (Court only) CJA 23 FINANCIAL AFFIDAVIT as to Damian Suarez. (Reader, L) (Entered: 10/19/2006) |
| 10/18/2006 | ●10 | CJA 20 signed by Judge Gregory G. Hollows on 9/29/2006: Authorization to Pay Michael B. Bigelow as to Damian Suarez. (Reader, L) (Entered: 10/19/2006) |
| 11/01/2006 | ●1 | SEALED COMPLAINT as to Jaime Angeles (1), Roque Lozano (2), Jorge Medina Menchaca (3), Rene Rodriguez Gutierrez (4), Frances Rosa Ramirez (5). (Kastilahn, A) [2:06-mj-00294-KJM] (Entered: 11/01/2006) |
| 11/01/2006 | ●2 | MOTION to SEAL COMPLAINT by USA as to Jaime Angeles, Roque Lozano, Jorge Medina Menchaca, Rene Rodriguez Gutierrez, Frances Rosa Ramirez. (Kastilahn, A) [2:06-mj-00294-KJM] (Entered: 11/01/2006) |
| 11/01/2006 | ●3 | ORDER to SEAL CASE as to Jaime Angeles, Roque Lozano, Jorge |

| | | Medina Menchaca, Rene Rodriguez Gutierrez, Frances Rosa Ramirez., Motions terminated as to Jaime Angeles, Roque Lozano, Jorge Medina Menchaca, Rene Rodriguez Gutierrez, Frances Rosa Ramirez: 2 MOTION to SEAL filed by USA,. signed by Judge Kimberly J. Mueller on 10/31/06. (Kastilahn, A) [2:06-mj-00294-KJM] (Entered: 11/01/2006) |
|---|---|---|
| 11/01/2006 | | (Court only) CASE UNSEALED as to Jaime Angeles, Roque Lozano, Jorge Medina Menchaca, Rene Rodriguez Gutierrez, Frances Rosa Ramirez. (Kastilahn, A) [2:06-mj-00294-KJM] (Entered: 11/01/2006) |
| 11/01/2006 | 8 | (Court only) Arrest WARRANT ISSUED by Kimberly J. Mueller as to Rene Rodriguez Gutierrez. (Kastilahn, A) [2:06-mj-00294-KJM] (Entered: 11/01/2006) |
| 11/01/2006 | 9 | MINUTES (Text Only) for proceedings held before Judge Dale A. Drozd : INITIAL APPEARANCE as to Jaime Angeles, Rene Rodriguez Gutierrez, Frances Rosa Ramirez held on 11/1/2006. Added attorney Clarence Emmett Mahle for Jaime Angeles, Krista Hart for Rene Rodriguez Gutierrez, Dina Lee Santos for Frances Rosa Ramirez. Dfts advised rights/charges. Govt moved for detention of all dfts and submits on PTS report. Preliminary Examination set for all dfts 11/16/2006 at 02:00 PM in Courtroom 27 (DAD) before Magistrate Judge Dale A. Drozd. As to Jaime Angeles, defense submits. Court ordered dft detained. As to Rene Rodriguez Gutierrez, defense request continuance. At the request of defense, detention CONTINUED 11/7/2006 at 2:00 PM in Courtroom 27 (DAD) before Magistrate Judge Dale A. Drozd.. Court ordered dft temporarily detained. As to Frances Rosa Ramirez, defense request continuance. At the request of defense, Detention Hearing CONTINUED 11/2/2006 at 02:00 PM in Courtroom 27 (DAD) before Magistrate Judge Dale A. Drozd. Court ordered dft temporarily detained.Government Counsel Phillip Talbert present. Defense Counsel Emmet Mahle, Krista Hart, Dina Santos present. Custody Status: in custody. Court Reporter/CD Number: Casey Schultz/1. Interpreter Yolanda Riley-Portal present. (Buzo, P) [2:06-mj-00294-KJM] (Entered: 11/01/2006) |
| 11/01/2006 | 7 | (Court only) Arrest WARRANT ISSUED by Kimberly J. Mueller as to Frances Rosa Ramirez. (Kastilahn, A) [2:06-mj-00294-KJM] (Entered: 11/01/2006) |
| 11/01/2006 | 5 | (Court only) Arrest WARRANT ISSUED by Kimberly J. Mueller as to Roque Lozano. (Kastilahn, A) [2:06-mj-00294-KJM] (Entered: 11/01/2006) |
| 11/01/2006 | 6 | (Court only) Arrest WARRANT ISSUED by Kimberly J. Mueller as to Jorge Medina Menchaca. (Kastilahn, A) [2:06-mj-00294-KJM] (Entered: 11/01/2006) |
| 11/01/2006 | 4 | (Court only) Arrest WARRANT ISSUED by Kimberly J. Mueller as to Jaime Angeles. (Kastilahn, A) [2:06-mj-00294-KJM] (Entered: 11/01/2006) |

*Unclear what "REC/REV PACER #9" references since two #9s exist*

| | | |
|---|---|---|
| 11/08/2006 | 🔴 17 | NOTICE *Request to Add Matter to 11/9/06 Calendar* by USA as to Roque Lozano. (Talbert, Phillip) [2:06-mj-00294-KJM] (Entered: 11/08/2006) |
| 11/09/2006 | | (Court only) SET HEARINGS as to Roque Lozano: Initial Appearance SET for 11/9/2006 at 02:00 PM in Courtroom 27 (DAD) before Magistrate Judge Dale A. Drozd. (Kastilahn, A) [2:06-mj-00294-KJM] (Entered: 11/09/2006) |
| 11/09/2006 | 🔴 18 | MINUTES (Text Only) for proceedings held before Judge Dale A. Drozd :INITIAL APPEARANCE as to Roque Lozano held on 11/9/2006. Attorney Gilbert A Roque for Roque Lozano added. Dft advised rights/charges. Govt moved for detention on flight and danger and PTS report, defense submits. Court ordered dft detained pending further proceedings. Dft waived right to speedy preliminary hearing. Preliminary Examination set for 11/27/2006 at 02:00 PM in Courtroom 27 (DAD) before Magistrate Judge Dale A. Drozd. Government Counsel Phillip Talbert present. Defense Counsel Gilbert Roque present. Custody Status: in custody. Court Reporter/CD Number: 1. Interpreter Yolanda Riley-Portal present. (Buzo, P) [2:06-mj-00294-KJM] (Entered: 11/10/2006) |
| 11/09/2006 | 🔴 19 | DETENTION ORDER as to Roque Lozano signed by Judge Dale A. Drozd on 11/9/06. (Carlos, K) [2:06-mj-00294-KJM] (Entered: 11/14/2006) |
| 11/16/2006 | 🔴 20 | SUPERSEDING INDICTMENT as to Damian Suarez (1) count(s) 1s, 2s, 3s, Jaime Angeles (2) count(s) 1, Roque Lozano (3) count(s) 1, 2, 3, Jorge Medina Menchaca (4) count(s) 1, Rene Rodriguez Gutierrez (5) count(s) 1, Frances Rosa Ramirez (6) count(s) 1. (Carlos, K) (Entered: 11/16/2006) |
| 11/16/2006 | 21 | (Court only) **ARREST WARRANT ISSUED by *Dale A. Drozd * as to Jorge Medina Menchaca. Bail fixed at *$no bail* Charging Document: Indictment ** Title *21* Section *846* re *Conspiracy to distribute and to Possess with Intent to Distribute Methamphetamine* (Carlos, K) (Entered: 11/16/2006) |
| 11/16/2006 | 🔴 22 | AO257 (Sealed) as to Damian Suarez, Rene Rodriguez Gutierrez, Frances Rosa Ramirez, Roque Lozano, Jaime Angeles (Carlos, K) (Entered: 11/16/2006) |
| 11/16/2006 | 🔴 23 | AO257 (Sealed) as to Jorge Medina Menchaca (Carlos, K) (Entered: 11/16/2006) |
| 11/16/2006 | 🔴 24 | MINUTES (Text Only) for proceedings held before Judge Dale A. Drozd :ARRAIGNMENT as to Jaime Angeles (2), Rene Rodriguez Gutierrez (5), and Frances Rosa Ramirez (6) held on 11/16/2006. Dfts advised rights/charges. NOT GUILTY PLEAS ENTERED and request a jury trial. Govt informed Court co-dft has a status conference before GEB on 11/17/06 and request this matter be set for status before GEB. At the request of Govt, without defense objection, Status Conference set for 11/17/2006 at 09:00 AM in Courtroom 10 (GEB) before Judge |

| | | |
|---|---|---|
| | | Garland E. Burrell Jr. Dfts previously ordered detained. Government Counsel Phillip Talbert present. Defense Counsel Emmett Mahle, Krista Hart, Dina Santos present. Custody Status: in custody. Court Reporter/CD Number: 1. Interpreter Yolanda Riley-Portal present. (Buzo, P) (Entered: 11/16/2006) |
| 11/17/2006 | 🌑 25 | MINUTES (Text Only) for proceedings held before Judge Garland E. Burrell Jr.:STATUS CONFERENCE as to Damian Suarez, Rene Rodriguez Gutierrez, Frances Rosa Ramirez, Jaime Angeles held on 11/17/2006. T2 & T4 Start: 11/17/06 Stop: 1/12/07 Status Conference set for 1/12/2007 at 09:00 AM before Judge Garland E. Burrell, Jr. Government Counsel Phil Talbert present. Defense Counsel Michael Bigelow for Danian Suarez; Emmett Mahle for Rene Rodriguez Gutierrez, Frances Ramirez and Jaime Angeles present. Custody Status: In Custody. Court Reporter/CD Number: Kimberly Bennett. Interpreter Maria Munoz for Jaime Angeles present. (Furstenau, S) Modified on 11/20/2006 (Furstenau, S). (Entered: 11/17/2006) |
| 11/17/2006 | 🌑 26 | Arrest WARRANT RETURNED Un-Executed as to Jorge Medina Menchaca. (Mena-Sanchez, L) (Entered: 11/20/2006) |
| 11/21/2006 | 🌑 27 | REQUEST for *Arraignment to be Added to 11/29/06 Calendar at 2:00 pm* by USA as to Damian Suarez (Talbert, Phillip) (Entered: 11/21/2006) |
| 11/21/2006 | | (Court only) ARRAIGNMENT HEARING as to Damian Suarez is set for 11/29/2006 at 02:00 PM in Courtroom 27 (DAD) before Magistrate Judge Dale A. Drozd. (Mena-Sanchez, L) (Entered: 11/27/2006) |
| 11/27/2006 | 🌑 28 | MINUTES (Text Only) for proceedings held before Judge Dale A. Drozd :ARRAIGNMENT as to Roque Lozano (3) held on 11/27/2006. Dft advised rights/charges. NOT GUILTY PLEA ENTERED and request a jury trial. Status Conference set for 1/12/2007 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr. Court noted excludable time to 1/12/07 previously granted in this case pursuant to Local Code T2 and T4 and will also be granted for this dft. Dft previously ordered detained.Government Counsel Jason Hitt for Phil Talbert present. Defense Counsel Gilbert Roque present. Custody Status: in custody. Court Reporter/CD Number: 1. Interpreter Yolanda Riley-Portal present. (Buzo, P) (Entered: 11/27/2006) |
| 11/29/2006 | 🌑 29 | MINUTES (Text Only) for proceedings held before Judge Dale A. Drozd :ARRAIGNMENT as to Damian Suarez (1) held on 11/29/2006. Dft advised rights/charges. NOT GUILTY PLEA ENTERED and request a jury trial. Status Conference set for 1/12/2007 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr. Time previously excluded under Local Codes T2 and T4. Counsel agree with exclusion. Dft previously ordered detained.Government Counsel Phil Talbert present. Defense Counsel Michael Bigelow present. Custody Status: in custody. Court Reporter/CD Number: Casey Schultz/1. (Buzo, P) (Entered: 11/29/2006) |
| | | |

| | | |
|---|---|---|
| 11/30/2006 | 30 | APPLICATION for WRIT of HABEAS CORPUS AD PROSEQUENDUM as to Jorge Medina Menchaca (Talbert, Phillip) (Entered: 11/30/2006) |
| 12/06/2006 | 31 | CJA 20 as to Rene Rodriguez Gutierrez signed by Judge Dale A. Drozd on 11/1/06: Appointment of Attorney Krista Hart for Rene Rodriguez Gutierrez. (Yin, K) Modified on 12/7/2006 (Yin, K). (Entered: 12/07/2006) |
| 12/06/2006 | 32 | (Court only) CJA 23 FINANCIAL AFFIDAVIT by Rene Rodriguez Gutierrez. (Yin, K) (Entered: 12/07/2006) |
| 12/06/2006 | 33 | CJA 20 as to Frances Rosa Ramirez signed by Judge Dale A. Drozd on 11/1/06: Appointment of Attorney Dina Santos for Frances Rosa Ramirez. (Yin, K) (Entered: 12/07/2006) |
| 12/06/2006 | 34 | (Court only) CJA 23 FINANCIAL AFFIDAVIT by Frances Rosa Ramirez. (Yin, K) (Entered: 12/07/2006) |
| 12/06/2006 | 35 | CJA 20 as to Jaime Angeles signed by Judge Dale A. Drozd on 11/1/06: Appointment of Attorney C. Emmett Mahle for Jaime Angeles. (Yin, K) (Entered: 12/07/2006) |
| 12/06/2006 | 36 | (Court only) CJA 23 FINANCIAL AFFIDAVIT by Jaime Angeles. (Yin, K) (Entered: 12/07/2006) |
| 12/06/2006 | 37 | CJA 20 as to Roque Lozano signed by Judge Dale A. Drozd on 11/9/06: Appointment of Attorney Gilbert A. Roque for Roque Lozano. (Yin, K) (Entered: 12/07/2006) |
| 12/08/2006 | 38 | LETTER from Frances Ramirez. (Matson, R) (Entered: 12/11/2006) |
| 12/29/2006 | 39 | MINUTES (Text Only) for proceedings held on 12/29/2006 before Judge Edmund F. Brennan :INITIAL APPEARANCE and ARRAIGNMENT as to Jorge Medina Menchaca (4) Count 1. All parties present. Attorney Toney was appointed to represent the deft. The Court advised the deft of his rights and the pending charges. A not guilty plea was entered with a jury trial demand. The Govt moved for detention. Defense counsel submitted on the matter. The Court ordered the deft detained. At the request of both counsel a Status Conference was ordered set for 1/12/2007 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr. The Govt moved for a finding of excludable time. No objection by defense counsel. It was so ordered. XT2 and XT4 Start: 12/29/06 Stop: 01/12/07 Government Counsel Phillip Talbert present. Defense Counsel J. Toney, CJA present. Custody Status: In custody. Court Reporter/CD Number: Matt Caspar, ECRO. (Cannarozzi, N) (Entered: 12/29/2006) |
| 12/29/2006 | 40 | DETENTION ORDER as to Jorge Medina Menchaca signed by Judge Edmund F. Brennan on 12/29/06. (Duong, D) (Entered: 01/03/2007) |
| 12/29/2006 | 41 | ARREST WARRANT RETURNED Executed on 12/28/06 as to Jorge Medina Menchaca. (Carlos, K) (Entered: 01/03/2007) |

| 01/12/2007 | 🌐 42 | MINUTES (Text Only) for proceedings held before Judge Garland E. Burrell Jr.:STATUS CONFERENCE as to Damian Suarez, Rene Rodriguez Gutierrez, Frances Rosa Ramirez, Roque Lozano, Jorge Medina Menchaca, Jaime Angeles held on 1/12/2007. T2 & T4 Start: 1/12/07 Stop: 2/23/07 Status Conference set for 2/23/2007 at 09:00 AM before Judge Garland E. Burrell Jr. Government Counsel Phil Talbert present. Defense Counsel Krista Hart for Suarez; Krista hart for Gutierrez; Dina Santos for Ramirez; Emmett Mahle for Angeles and Menchaca; Gilbert Roque for Lozano present. Custody Status: In Custody. Court Reporter/CD Number: Kimberly Bennett. Interpreter Carol Meredith for Menchaca, Lozano and Angeles present. (Furstenau, S) (Entered: 01/12/2007) |
| --- | --- | --- |
| 01/23/2007 | 43 | (Court only) CJA 23 FINANCIAL AFFIDAVIT as to Jorge Medina Menchaca. (Brown, T) (Entered: 01/24/2007) |
| 01/23/2007 | 🌐 44 | NOTICE of CJA Appointment re Jorge Medina Menchaca. Attorney J. Toney has been appointed to represent dft Menchaca in this matter. (Brown, T) (Entered: 01/24/2007) |
| 02/23/2007 | 🌐 45 | MINUTES (Text Only) for proceedings held before Judge Garland E. Burrell Jr.:STATUS CONFERENCE as to Damian Suarez, Rene Rodriguez Gutierrez, Frances Rosa Ramirez, Roque Lozano, Jorge Medina Menchaca, Jaime Angeles held on 2/23/2007. T4 Start: 2/23/07 Stop: 4/20/07 Status Conference set for 4/20/2007 at 09:00 AM before Judge Garland E. Burrell Jr.. Government Counsel Phil Talbert present. Defense Counsel Michael Bigelow for Suarez; Krista Hart for Rodriguez; Dina Santos for Ramirez; Emmett Mahle for Angeles; Gilbert Roque for Lozano; J. Toney for Menchaca present. Custody Status: appearance waived for Ramirez; all other defendants in custody. Court Reporter/CD Number: Kimberly Bennett. Interpreter Yolanda Riley-Portal for defts Angeles, Lozano and Medina present. (Furstenau, S) (Entered: 02/23/2007) |
| 02/26/2007 | 🌐 46 | WAIVER of PERSONAL APPEARANCE by Frances Rosa Ramirez. (Santos, Dina) (Entered: 02/26/2007) |
| 03/06/2007 | 🌐 47 | WAIVER of PERSONAL APPEARANCE by Frances Rosa Ramirez. (Santos, Dina) (Entered: 03/06/2007) |
| 04/20/2007 | 🌐 48 | MINUTES (Text Only) for proceedings held before Judge Garland E. Burrell Jr.:STATUS CONFERENCE as to Damian Suarez, Rene Rodriguez Gutierrez, Frances Rosa Ramirez, Roque Lozano, Jorge Medina Menchaca, Jaime Angeles held on 4/20/2007. T4 Start: 4/20/07 Stop: 6/8/07 Status Conference set for 6/8/2007 at 09:00 AM before Judge Garland E. Burrell Jr.. Government Counsel Phil Talbert present. Defense Counsel Emmett Mahle for Damian Suarez, Jaime Angeles and Jorge Menchaca; Krista Hart for Rene Gutierrez and Frances Ramirez; Gilbert Roque for Roque Lozano present. Custody Status: All in custody except Frances Ramirez appearance waived. Court Reporter/CD Number: Kimberly Bennett. Interpreter Yolanda Riley-Portal for Angelez & Lozano present. (Furstenau, S) (Entered: 04/20/2007) |

| 06/06/2007 | ● 49 | PROPOSED ORDER Stip & Order by Jaime Angeles as to Damian Suarez, Rene Rodriguez Gutierrez, Frances Rosa Ramirez, Roque Lozano, Jorge Medina Menchaca, Jaime Angeles. (Mahle, Clarence) (Entered: 06/06/2007) |
| --- | --- | --- |
| 06/07/2007 | ● 50 | STIPULATION and ORDER signed by Judge Garland E. Burrell Jr. on 06/06/07: Status Conference RESET for 8/10/2007 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.;Excludable started as to Damian Suarez, Rene Rodriguez Gutierrez, Frances Rosa Ramirez, Roque Lozano, Jorge Medina Menchaca, Jaime Angeles: T-2, T-4 Start: 06/08/07 Stop: 08/10/07 (Kirkpatrick, S) (Entered: 06/07/2007) |
| 07/24/2007 | ● 51 | SUBSTITUTION of ATTORNEY - PROPOSED, submitted by Roque Lozano. (Bossi, Vittoria) (Entered: 07/24/2007) |
| 07/25/2007 | ● 52 | ORDER SUBSTITUTING ATTORNEY signed by Judge Garland E. Burrell Jr. on 7/24/07. Defendant Roque Lozano substitutes Vittoria Monica Bossi as his new legal attorney. (Mena-Sanchez, L) (Entered: 07/25/2007) |
| 08/07/2007 | ● 53 | STIPULATION and PROPOSED ORDER continuing Status Conference . (Mahle, Clarence) Modified on 8/8/2007 (Yin, K). (Entered: 08/07/2007) |
| 08/08/2007 | ● 54 | STIPULATION and ORDER signed by Judge Garland E. Burrell Jr. on 8/7/07 CONTINUING the Status Conference; Status Conference RESET for 9/28/2007 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.; Excludable started as to Jaime Angeles: 8/8/07 Stop: 9/28/07. (Yin, K) (Entered: 08/08/2007) |
| 09/13/2007 | ● 55 | [DISREGARD - Incomplete filing] SUBSTITUTION of ATTORNEY - PROPOSED, submitted by Jorge Medina Menchaca. (Santana, Jesse) Modified on 9/19/2007 (Carlos, K). (Entered: 09/13/2007) |
| 09/13/2007 | ● 56 | SUBSTITUTION of ATTORNEY - PROPOSED, submitted by Jorge Medina Menchaca. (Santana, Jesse) (Entered: 09/13/2007) |
| 09/17/2007 | ● 57 | [DISREGARD - DUPLICATIVE of Document 56 ]SUBSTITUTION of ATTORNEY - PROPOSED, submitted by Jorge Medina Menchaca. (Santana, Jesse) Modified on 9/19/2007 (Carlos, K). (Entered: 09/17/2007) |
| 09/18/2007 | ● 58 | CLERK'S NOTICE of DOCKET CORRECTION: DISREGARD document number 55 as it is an incomplete filing. DISREGARD document number 57 as it is duplicative of document number 56 . (Carlos, K) (Entered: 09/19/2007) |
| 10/01/2007 | ● 59 | STIPULATION and PROPOSED ORDER Stip & Order. (Mahle, Clarence) (Entered: 10/01/2007) |
| 10/01/2007 | ● 60 | ORDER SUBSTITUTING ATTORNEY signed by Judge Garland E. Burrell Jr. on 9/28/2007 adding attorney Jesse I. Santana for Jorge Medina Menchaca, attorney J Toney terminated. (Matson, R) (Entered: |

| | | |
|---|---|---|
| | | 10/01/2007) |
| 10/02/2007 | 61 | STIPULATION and ORDER signed by Judge Garland E. Burrell Jr. on 10/1/07 and agreed between the parties to CONTINUE the Status Conference: Status Conference RESET for 11/2/2007 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.; Excludable started as to Damian Suarez, Rene Rodriguez Gutierrez, Frances Rosa Ramirez, Roque Lozano, Jorge Medina Menchaca, Jaime Angeles: 10/1/07 Stop: 11/2/07. (Yin, K) (Entered: 10/02/2007) |
| 10/30/2007 | 62 | STIPULATION and PROPOSED ORDER Resetting Status Conference by Rene Rodriguez Gutierrez. (Hart, Krista) (Entered: 10/30/2007) |
| 11/01/2007 | 63 | STIPULATION and ORDER 62 signed by Judge Garland E. Burrell Jr. on 10/31/07 ORDERING that the status conference set for 11/2/07 is VACATED and RESET to 12/14/07. Excludable started as to Damian Suarez, Rene Rodriguez Gutierrez, Frances Rosa Ramirez, Roque Lozano, Jorge Medina Menchaca, Jaime Angeles: T4 Start: 11/2/07 Stop: 12/14/07. (Engbretson, K.) (Entered: 11/01/2007) |
| 12/13/2007 | 64 | STIPULATION and PROPOSED ORDER continuing status conference to 1/25/08. (Mahle, Clarence) Modified on 12/17/2007 (Carlos, K). (Entered: 12/13/2007) |
| 12/14/2007 | 65 | STIPULATION and ORDER signed by Judge Garland E. Burrell Jr. on 12/13/07 ORDERING that the Status Conference is CONTINUED to 01/25/08 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr. TIME EXCLUDED: 12/14/07-01/25/08 per T-2 and T-4. (Benson, A) (Entered: 12/14/2007) |
| 01/25/2008 | 66 | MINUTES (Text Only) for proceedings held before Judge Garland E. Burrell, Jr:STATUS CONFERENCE as to Damian Suarez, Rene Rodriguez Gutierrez, Frances Rosa Ramirez, Roque Lozano, Jorge Medina Menchaca, Jaime Angeles held on 1/25/2008. T4 Start: 1/25/08 Stop: 3/21/08, ( Status Conference set for 3/21/2008 at 09:00 AM before Judge Garland E. Burrell Jr..) Government Counsel Russell Carlberg present. Defense Counsel Michael Bigelow for Damian Suarez, Dina Santos for Rene Rodriguez, Dina Santos for Frances Ramirez, Emmett Mahle fo Jaime Angeles,Victoria Bosse for Lozano, Jesse Santana fro Menchaca present. Custody Status: In Custody. Court Reporter/CD Number: Kimberly Bennett. Interpreter Carol Meredith present. (Furstenau, S) (Entered: 01/29/2008) |
| 03/19/2008 | 67 | STIPULATION and PROPOSED ORDER to continue Status Conference by Jaime Angeles. (Mahle, Clarence) Modified on 3/21/2008 (Marciel, M). (Entered: 03/19/2008) |
| 03/21/2008 | 68 | STIPULATION and ORDER 67 for continuance signed by Judge Garland E. Burrell, Jr on 3/20/08. Status Conference RE-SET for 4/25/2008 at 09:00 AM in Courtroom 10 (GEB). (Marciel, M) (Entered: 03/21/2008) |
| 04/01/2008 | 69 | DESIGNATION of COUNSEL FOR SERVICE. Added attorney Heiko |

| | | |
|---|---|---|
| | | Philipp Coppola and Heiko Philipp Coppola for USA, attorney Phillip Allen Talbert terminated. (Coppola, Heiko) (Entered: 04/01/2008) |
| 04/25/2008 | 70 | MINUTES (Text Only) for proceedings held before Judge Garland E. Burrell, Jr:STATUS CONFERENCE as to Damian Suarez, Rene Rodriguez Gutierrez, Frances Rosa Ramirez, Roque Lozano, Jorge Medina Menchaca, Jaime Angeles held on 4/25/2008. T2 & T4 Start: 4/25/08 Stop: 12/2/08, ( Trial Confirmation Hearing set for 11/14/2008 at 09:00 AM before Judge Garland E. Burrell Jr.., Jury Trial set for 12/2/2008 at 09:00 AM before Judge Garland E. Burrell Jr..) Government Counsel Heiko Coppola present. Defense Counsel Michael Bigelow for Suarez; Krista Hart for Gutierz; Dna Santos for Ramirez; Emmett Mahle for Angeles; Dina Santos for Roque Lozano; Jesse Santana for Menchaca present. Custody Status: In Custody. Court Reporter/CD Number: Kimberly Bennett. Interpreter Carol Meredith present. (Furstenau, S) (Entered: 04/28/2008) |
| 05/15/2008 | 71 | LETTER from dft Lozano requesting the court to appoint him a new attorney. (Carlos, K) (Entered: 05/16/2008) |
| 05/19/2008 | 72 | MINUTE ORDER: A status conference regarding attorney representation for defendant Roque Lozano is scheduled for 5/30/08, at 9:00 a.m. Counsel for the defendant is required to appear at the hearing. re 71 Letter/Correspondence Ordered by Judge Garland E. Burrell, Jr on 5/19/08. (Furstenau, S) (Entered: 05/19/2008) |
| 05/30/2008 | 73 | MINUTES (Text Only) for proceedings held before Judge Garland E. Burrell, Jr:STATUS CONFERENCE as to Roque Lozano held on 5/30/2008., ( Status Conference set for 6/6/2008 at 09:00 AM before Judge Garland E. Burrell Jr..) Government Counsel Heiko Coppola present. Defense Counsel Vittoria Bossi present. Custody Status: In Custody. Court Reporter/CD Number: Kathy Swinhart. Interpreter Yolanda Riley-Portal present. (Furstenau, S) (Entered: 06/03/2008) |
| 06/06/2008 | 74 | MINUTES (Text Only) for proceedings held before Judge Garland E. Burrell, Jr:STATUS CONFERENCE as to Roque Lozano held on 6/6/2008. Vittoria Bossi relieved, Shari Rusk appointed. Government Counsel Heiko Coppola present. Defense Counsel Johnny Griffin and Shari Rusk present. Custody Status: In Custody. Court Reporter/CD Number: Kimberly Bennett. (Furstenau, S) (Entered: 06/06/2008) |
| 06/20/2008 | 75 | CJA 20 as to Roque Lozano signed by Judge Garland E. Burrell, Jr. on 6/4/08 ORDERING attorney Shari Rusk appointed for Roque Lozano. (Engbretson, K.) (Entered: 06/23/2008) |
| 10/17/2008 | 76 | MINUTES (Text Only) for proceedings held before Judge Garland E. Burrell, Jr. STATUS CONFERENCE as to Damian Suarez, Rene Rodriguez Gutierrez, Frances Rosa Ramirez, Roque Lozano, Jorge Medina Menchaca, Jaime Angeles held on 10/17/2008. Excludable started as to Damian Suarez, Rene Rodriguez Gutierrez, Frances Rosa Ramirez, Roque Lozano, Jorge Medina Menchaca, Jaime Angeles: T2/T4 Start: 10/17/2008 Stop: 11/7/2008. Status Conference set for |

| | | (Entered: 12/22/2009) |
|---|---|---|
| 12/18/2009 | 🌐 90 | SUPERSEDING INDICTMENT as to Frances Rosa Ramirez (6) count (s) 1s. (Carlos, K) (Entered: 12/22/2009) |
| 12/18/2009 | 🌐 91 | WAIVER of INDICTMENT by Jorge Medina Menchaca (Carlos, K) (Entered: 12/22/2009) |
| 12/18/2009 | 🌐 92 | SUPERSEDING INDICTMENT as to Jorge Medina Menchaca (4) count(s) 1s-2s. (Carlos, K) (Entered: 12/22/2009) |
| 12/18/2009 | 🌐 93 | PLEA AGREEMENT as to Jorge Medina Menchaca. (Carlos, K) (Entered: 12/22/2009) |
| 12/21/2009 | 🌐 86 | MINUTES (Text Only) for proceedings held before Judge Garland E. Burrell, Jr:CHANGE of PLEA HEARING as to Jorge Medina Menchaca held on 12/21/2009. Jorge Medina Menchaca (4) entered GUILTY PLEA on Count 1. Sentencing set for 3/5/2010 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr..Government Counsel Heiko Coppola present. Defense Counsel Jesse Santanrta present. Custody Status: in custody and present. Court Reporter/CD Number: Kimberly Bennett. (Carlos, K) (Entered: 12/21/2009) |
| 12/21/2009 | 🌐 87 | MINUTES for proceedings held before Judge Garland E. Burrell, Jr: CHANGE of PLEA HEARING as to Frances Rosa Ramirez of the superceding. Sentencing set for 5/5/2009 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.. Government Counsel Heiko Coppola present. Defense Counsel Dina Santos present. Custody Status: present and in custody. Court Reporter/CD Number: K. Bennett. (Carlos, K) (Entered: 12/21/2009) |
| 12/21/2009 | 🌐 88 | STIPULATION and PROPOSED ORDER for Continuance of TCH by Damian Suarez. (Bigelow, Michael) (Entered: 12/21/2009) |
| 12/23/2009 | 🌐 94 | STIPULATION and ORDER signed by Judge Garland E. Burrell, Jr on 12/22/09 re 88 ORDERING that the Trial Confirmation Hearing is CONTINUED to 1/8/2010 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr. Time has been previously excluded up to and including the trial date of January 26, 2010. (Duong, D) (Entered: 12/23/2009) |
| 01/08/2010 | 🌐 95 | MINUTES (Text Only) for proceedings held before Judge Garland E. Burrell, Jr:STATUS CONFERENCE as to Rene Rodriguez Gutierrez held on 1/8/2010. T2 & T4 Start: 1/8/10 Stop: 3/23/10, ( Jury Trial set for 3/23/2010 at 09:00 AM before Judge Garland E. Burrell Jr.., Trial Confirmation Hearing set for 3/5/2010 at 09:00 AM before Judge Garland E. Burrell Jr..) Government Counsel Heiko Coppola & Phil Talbert present. Defense Counsel Krista Hart for Rene Gutierrez, Emmett Mahle for Jaime Angeles, Shari Rusk for Roque Lozano, Michael Bigelow for Damie Suarez present. Custody Status: In Custody. Court Reporter/CD Number: Kimberly Bennett. Interpreter Carol Meredith for Rene Gutierrez, Jaime Angeles & Roque Lozano |

| | | present. (Furstenau, S) (Entered: 01/12/2010) |
|---|---|---|
| 02/19/2010 | ● 97 | MOTION for Appointment of New Counsel by defendant Rene Rodriguez Gutierrez. (Marciel, M) (Entered: 02/22/2010) |
| 02/22/2010 | ● 96 | MINUTE ORDER: The sentencing hearings for defendant Frances Ramirez and Jorge Menchaca, currently scheduled for 3/5/10, are rescheduled for 3/12/10 at 9:00 a.m. Ordered by Judge Garland E. Burrell, Jr on 2/22/10. (Furstenau, S) (Entered: 02/22/2010) |
| 02/23/2010 | ● 98 | MEMORANDUM by Jaime Angeles regarding counsel's scheduled leave. (Mahle, Clarence) Modified on 2/24/2010 (Marciel, M). (Entered: 02/23/2010) |
| 02/23/2010 | ● 99 | MINUTE ORDER: The trial confirmation hearing, currently scheduled for 3/5/10, is rescheduled for 3/3/10, at 10:00 a.m. Status regarding counsel for Rene Gutierrez is also scheduled for that time. Ordered by Judge Garland E. Burrell, Jr on 2/23/10. (Furstenau, S) (Entered: 02/23/2010) |
| 03/03/2010 | ● 100 | MINUTES (Text Only) for proceedings held before Judge Garland E. Burrell, Jr:STATUS CONFERENCE as to Damian Suarez, Rene Rodriguez Gutierrez, Roque Lozano, Jaime Angeles held on 3/3/2010. Defendant Gutierrez request for new counsel denied; Defendant Lozano request for new counsel denied; Confirm trial for 3/23/10; Motions in limine due 3/8/10; opposition due 3/15/10; hearing scheduled for 3/19/10 at 9:00 on Motion s in Limine. Government Counsel Heiko Coppola & Phil Talbert present. Defense Counsel Krista Hart for Gutierrez; Emmett Mahle for Angeles; Shari Rusk for Lozano; Michael Bigelow for Suarez present. Custody Status: In Custody. Court Reporter/CD Number: Kimberly Bennett. Interpreter Yolanda Riley-Portal and Mauri Fitzgibbon for Gutierrez, Angeles and Lozano present. (Furstenau, S) (Entered: 03/04/2010) |
| 03/08/2010 | ◄● 101 | MOTION IN LIMINE # 1 - # 4 by Jaime Angeles. Motion Hearing set for 3/19/2010 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.. (Mahle, Clarence) Modified on 3/9/2010 (Marciel, M). (Entered: 03/08/2010) |
| 03/08/2010 | ● 102 | MOTION IN LIMINE *to exclude prior bad acts* by Roque Lozano. Motion Hearing set for 3/19/2010 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.. (Rusk, Shari) (Entered: 03/08/2010) |
| 03/08/2010 | ● 103 | NOTICE of Intention to present evidence of defendant Jaime Angeles' other acts (Fed. R. Ev. 404(b)) by USA. (Coppola, Heiko) Modified on 3/9/2010 (Marciel, M). (Entered: 03/08/2010) |
| 03/08/2010 | ● 104 | NOTICE of Intention to present evidence of defendant Jaime Angeles' prior convictions (Fed. R. Ev. 609) by USA. (Coppola, Heiko) Modified on 3/9/2010 (Marciel, M). (Entered: 03/08/2010) |
| 03/08/2010 | ● 105 | NOTICE of Intention to present evidence of defendant Roque Lozano's other acts (Fed. R. Ev. 404(b)) by USA. (Coppola, Heiko) Modified on |

| | | (Benson, A.) (Entered: 03/10/2010) |
|---|---|---|
| 03/11/2010 | ❏ 113 | MEMORANDUM by USA as to Jorge Medina Menchaca. Attorney Coppola, Heiko Philipp added. (Coppola, Heiko) (Entered: 03/11/2010) |
| 03/11/2010 | ❏ 114 | MEMORANDUM by USA as to Frances Rosa Ramirez. Attorney Coppola, Heiko Philipp added. (Coppola, Heiko) (Entered: 03/11/2010) |
| 03/11/2010 | ❏ 115 | INFORMATION (Felony) as to Jaime Angeles (2) count(s) 1s. (Mena-Sanchez, L) (Entered: 03/11/2010) |
| 03/11/2010 | ❏ 116 | SUPERSEDING INFORMATION (Felony) as to Jaime Angeles (2) count(s) 1ss. (Mena-Sanchez, L) (Entered: 03/11/2010) |
| 03/11/2010 | ❏ 117 | INFORMATION (Felony) as to Roque Lozano (3) count 1s. (Owen, K) (Entered: 03/11/2010) |
| 03/11/2010 | ❏ 118 | SUPERSEDING INFORMATION (Felony) as to Roque Lozano (3) count 1ss. (Owen, K) (Entered: 03/11/2010) |
| 03/11/2010 | ❏ 119 | NOTICE of HEARING for defendant Jorge Medina Menchaca: pursuant to 113 Memorandum, Judgment and Sentencing is CONTINUED to 3/19/2010 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.. (Marciel, M) (Entered: 03/12/2010) |
| 03/11/2010 | ❏ 120 | NOTICE of HEARING as to defendant Frances Rosa Ramirez: pursuant to 114 Memorandum, Judgment and Sentencing is CONTINUED to 4/16/2010 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.. (Marciel, M) (Entered: 03/12/2010) |
| 03/11/2010 | ❏ 121 | WAIVER of INDICTMENT by Rene Rodriguez Gutierrez (Waggoner, D) (Entered: 03/16/2010) |
| 03/11/2010 | ❏ 122 | SUPERSEDING INFORMATION (Felony) as to Rene Rodriguez Gutierrez (5) count(s) 1s. (Waggoner, D) (Entered: 03/16/2010) |
| 03/11/2010 | ❏ 123 | PLEA AGREEMENT as to Rene Rodriguez Gutierrez. (Waggoner, D) (Entered: 03/16/2010) |
| 03/11/2010 | ❏ 136 | MINUTES for proceedings held before Judge Garland E. Burrell, Jr: CHANGE of PLEA HEARING as to Rene Rodriguez Gutierrez held on 03/11/10. Rene Rodriguez Gutierrez (5) entered GUILTY PLEA on Count 1s. Presentence report ordered; Sentencing set for 06/04/10 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell, Jr. Waiver of Indictment filed. Government Counsel Heiko Coppola present. Defense Counsel Krista Hart present. Custody Status: present, in custody. Court Reporter/CD Number: Kimberly Bennett. (Benson, A.) (Entered: 03/29/2010) |
| 03/12/2010 | ❏ 124 | MINUTES for proceedings held before Judge Garland E. Burrell, Jr: CHANGE of PLEA HEARING as to Damian Suarez held on 3/12/2010. Damian Suarez (1) entered GUILTY PLEA on Count 1s,2s,3s. Sentencing set for 5/28/2010 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.. Government Counsel Heiko |

Case 2:06-cr-00403-GEB   Document 170   Filed 04/26/11   Page 32 of 100
Case 2:06-cr-00403-G... Document 9 (Court only)   Filed ...8/06   Page 1 of 1

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |

IN THE CASE OF

| UNITED STATES vs | FOR EASTERN DISTRICT OF CA | CAESC |

DAMIEN SUAREZ | AT SACRAMENTO, CALIFORNIA |

PERSON REPRESENTED (Show your full name)

Damien Suarez

**DOCKET NUMBERS**
Magistrate: 06 - 32536GH
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box → ☑ Felony / ☐ Misdemeanor)

§1:841 (A)

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

# FILED

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed
Name and address of employer:
IF YES, how much do you earn per month? $ N/A
IF NO, give month and year of last employment. How much did you earn per month? $
If married is your Spouse employed? ☐ Yes ☑ No
IF YES, how much does your Spouse earn per month? $ N/A
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ N/A
THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT $ N/A

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents
List persons you actually support and your relationship to them: NONE

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: NONE | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 9/21/06

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Damien Suarez

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

NOV - 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )      Mag 06-0294 KJM
                               )
      v.                       )
                               )
                               )      DETENTION ORDER
JAIME ANGELES,                 )
                               )
              Defendant.       )
_____)

**A.    Order For Detention**

After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i)

**B.    Statement Of Reasons For The Detention**

The Court orders the defendant's detention because it finds:

☒      By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

☒      By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

**C.    Findings Of Fact**

The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:

☒      (1) Nature and Circumstances of the offense charged:
      ☒      (a) The crime. _21 USC §§ 841, 846_
      ☐      (b) The offense is a crime of violence.
      ☐      (c) The offense involves a narcotic drug.
      ☒      (d) The offense involves a large amount of controlled substances.
☐      (2) The weight of the evidence against the defendant is high.
☒      (3) The history and characteristics of the defendant including:
      (a)      General Factors:
            ☐      The defendant appears to have a mental condition which may affect whether the defendant will appear.
            ☒      The defendant has no known family ties in the area.
            ☒      The defendant has no known steady employment.
            ☒      The defendant has no known substantial financial resources.
            ☐      The defendant is not a long time resident of the community.
            ☐      The defendant does not have any known significant community ties.
            ☒      Past conduct of the defendant: _pres. deportation_

            ☐      The defendant has a history relating to drug abuse.
            ☒      The defendant has a significant prior criminal record.
            ☐      The defendant has a prior record of failure to appear at court proceedings.

☐ Court/Original          ☐ U.S. Attorney          ☐ Defense Counsel          ☐ Pretrial Services

DEFENDANT: ~~Blass:A2:06-cr-00403-GEB~~   Document 10   Filed 11/01/06   Page 2 of ~~Page 2 of 2~~

CASE NUMBER: Mag 06-0294 KJM

Whether the defendant was on probation, parole, or release by a court;

At the time of the current arrest, the defendant was on:
- ☐ Probation
- ☐ Parole
- ☐ Release pending trial, sentence, appeal or completion of sentence.

(b)   Other Factors:
- ☑ The defendant is an illegal alien and is subject to deportation.
- ☐ The defendant is a legal alien and will be subject to deportation if convicted.
- ☑ Other: _detained as a flight risk in Mag. 06-0291 KJM_

☒   (4) Rebuttable Presumptions

In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

- ☐ a.  (1) The crime charged is one described in § 3142(f)(1) viz.
  - ☐ (A) a crime of violence; or
  - ☐ (B) an offense for which the maximum penalty is life imprisonment or death; or
  - ☐ (C) a controlled substance violation that has a maximum penalty of ten years or more; or
  - ☐ (D) a felony and defendant previously was convicted of two or more of the offenses described in (A) through (C) above and  ·
  - (2) Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above and
  - (3) The offense referred to in subparagraph (2) was committed while defendant was on release pending trial and
  - (4) Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2).

- ☒ b. There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed
  - ☒ in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq.,
  - ☐ the Controlled Substances Import and Export Act, 21 U.S.C. §§ 951, et seq.,
  - ☐ the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or
  - ☐ an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b.
  - ☐ an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

D.   Additional Directives

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

The defendant be afforded reasonable opportunity for private consultation with his counsel; and

That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED:   November 1, 2006

_Dale A. Drozd_

UNITED STATES MAGISTRATE JUDGE

AO 442 (Rev. 10/95) Warrant for Arrest

Case 2:06-cr-00403-GEB   Document 12   Filed 11/02/06   Page 1 of 1

124 7974

# UNITED STATES DISTRICT COURT

RECEIVED
UNITED STATES MARSHAL

### EASTERN DISTRICT OF CALIFORNIA

06 NOV -1 AM 10: 22

EASTERN DISTRICT
OF CALIFORNIA

**UNITED STATES OF AMERICA**

v.

**FRANCIS ROSA RAMIREZ,**
a.k.a. "Rosa"

## WARRANT FOR ARREST

**CASE NUMBER:**

## 2:06 - MJ - 0294   KM

**YOU ARE HEREBY COMMANDED** to arrest FRANCIS ROSA RAMIREZ

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment   ___ Information   _X_ Complaint   ___ Order of court   ___ Violation Notice   ___

charging him or her with (brief description of offense)

Knowing and intentionally conspire to distribute and to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance

In violation of Title 21, United States Code, Section(s) 841(a)(1) and 846

| | |
|---|---|
| KIMBERLY J. MUELLER | U.S. Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | Sacramento, California |
| | Date and Location |
| Bail fixed at _____ by   KIMBERLY J. MUELLER | |
| | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at   1224 I St. #C Marysville, CA | | |
| DATE RECEIVED   11-1-06 | NAME AND TITLE OF ARRESTING OFFICER   Katie Doris, SA | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST   11-1-06 | | |



**FILED**

NOV 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

AO 442 (Rev. 10/95) Warrant for Arrest

Case 2:06-cr-00403-GEB   Document 13   Filed 11/02/06   Page 1 of 1

# UNITED STATES DISTRICT COURT

UNITED STATES MARSHAL

06 NOV -1 PM 12: 11

**EASTERN DISTRICT OF CALIFORNIA**

12 47970

EASTERN DISTRICT
OF CALIFORNIA

## UNITED STATES OF AMERICA

v.

## RENE RODRIGUEZ GUTIERREZ

## WARRANT FOR ARREST

CASE NUMBER:

2:06 - MJ - 0294 KM

**YOU ARE HEREBY COMMANDED** to arrest **RENE RODRIGUEZ GUTIERREZ**

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment     ___ Information     _X_ Complaint     ___ Order of court     ___ Violation Notice     ___

charging him or her with (brief description of offense)

Knowing and Intentionally conspire to distribute and to possess with Intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance

in violation of Title 21, United States Code, Section(s) 841(a)(1) and 846

| | |
|---|---|
| KIMBERLY J. MUELLER | U.S. Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| | Sacramento, California |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by     KIMBERLY J. MUELLER

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED  ~ | - .O6 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST  11 - ~ - 06 | | MICHAEL A. CAVERLY  DUSM |  |

# FILED

NOV 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

NOV - 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| RENE RODRIGUEZ GUTIERREZ, | ) |
| | ) |
| Defendant. | ) |

Mag 06-0294 KJM

**DETENTION ORDER**

**A.    Order For Detention**
After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court
orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (I)

**B.    Statement Of Reasons For The Detention**
The Court orders the defendant's detention because it finds:

☒    By a preponderance of the evidence that no condition or combination of conditions will
reasonably assure the appearance of the defendant as required.

☒    By clear and convincing evidence that no condition or combination of conditions
will reasonably assure the safety of any other person and the community.

**C.    Findings Of Fact**
The Court's findings are based on the evidence which was presented in Court and that which was
contained in the Pretrial Services Report, and includes the following:

☒    (1) Nature and Circumstances of the offense charged:
    ☒    (a) The crime. _21 U S C § 841, 846_
    ☐    (b) The offense is a crime of violence.
    ☐    (c) The offense involves a narcotic drug.
    ☒    (d) The offense involves a large amount of controlled substances.
☐    (2) The weight of the evidence against the defendant is high.
☒    (3) The history and characteristics of the defendant including:
    (a)    General Factors:
        ☐    The defendant appears to have a mental condition which may
            affect whether the defendant will appear.
        ☐    The defendant has no known family ties in the area.
        ☒    The defendant has no known steady employment.
        ☒    The defendant has no known substantial financial resources.
        ☐    The defendant is not a long time resident of the community.
        ☐    The defendant does not have any known significant community ties.
        ☐    Past conduct of the defendant:_____

        ☒    The defendant has a history relating to drug abuse.
        ☒    The defendant has a significant prior criminal record.
        ☒    The defendant has a prior record of failure to appear at court proceedings.

☐ Court/Original          ☐ U.S. Attorney          ☐ Defense Counsel          ☐ Pretrial Services

DEFENDANT: ~~Omar Rodriguez-Quintanilla~~GEB   Document 15   Filed 11/07/06   Page 2 of ~~Page 2 of 2~~

CASE NUMBER: Mag 06-0294 KJM

Whether the defendant was on probation, parole, or release by a court;

At the time of the current arrest, the defendant was on:

☐   Probation

☐   Parole

☐   Release pending trial, sentence, appeal or completion of sentence.

(b)   Other Factors:

☐   The defendant is an illegal alien and is subject to deportation.

☐   The defendant is a legal alien and will be subject to deportation if convicted.

☐   Other: _____

_____

_____

☒   (4) Rebuttable Presumptions

In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

☐   a. (1) The crime charged is one described in § 3142(f)(1) viz.

☐   (A) a crime of violence; or

☐   (B) an offense for which the maximum penalty is life imprisonment or death; or

☐   (C) a controlled substance violation that has a maximum penalty of ten years or more; or

☐   (D) a felony and defendant previously was convicted of two or more of the offenses described in (A) through (C) above and .

(2) Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above and

(3) The offense referred to in subparagraph (2) was committed while defendant was on release pending trial and

(4) Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2).

☒   b. There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed

☒   in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq.,

☐   the Controlled Substances Import and Export Act, 21 U.S.C. §§ 951, et seq.,

☐   the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or

☐   an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b.

☐   an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

D.   Additional Directives

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

The defendant be afforded reasonable opportunity for private consultation with his counsel; and

That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED: _November 7, 2006_

UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

NOV - 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,         )
                                  )
                    Plaintiff,    )      Mag 06-0294 KJM
                                  )
        v.                        )
                                  )
                                  )      DETENTION ORDER
FRANCES ROSA RAMIREZ,             )
                                  )
                    Defendant.    )
_____)

A.   <u>Order For Detention</u>
     After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court
     orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (I)

B.   <u>Statement Of Reasons For The Detention</u>
     The Court orders the defendant's detention because it finds:
     ☒   By a preponderance of the evidence that no condition or combination of conditions will
         reasonably assure the appearance of the defendant as required.
     ☒   By clear and convincing evidence that no condition or combination of conditions
         will reasonably assure the safety of any other person and the community.

C.   <u>Findings Of Fact</u>
     The Court's findings are based on the evidence which was presented in Court and that which was
     contained in the Pretrial Services Report, and includes the following:
     ☒   (1) Nature and Circumstances of the offense charged:
             ☒   (a)  The crime.  _21 usc §§ 541, 846_
             ☐   (b)  The offense is a crime of violence.
             ☐   (c)  The offense involves a narcotic drug.
             ☒   (d)  The offense involves a large amount of controlled substances.
         ☐   (2) The weight of the evidence against the defendant is high.
         ☒   (3) The history and characteristics of the defendant including:
                 (a)  General Factors:
                      ☐   The defendant appears to have a mental condition which may
                          affect whether the defendant will appear.
                      ☐   The defendant has no known family ties in the area.
                      ☐   The defendant has no known steady employment.
                      ☐   The defendant has no known substantial financial resources.
                      ☐   The defendant is not a long time resident of the community.
                      ☐   The defendant does not have any known significant community ties.
                      ☐   Past conduct of the defendant: _____
                          _____
                      ☐   The defendant has a history relating to drug abuse.
                      ☒   The defendant has a significant prior criminal record.
                      ☐   The defendant has a prior record of failure to appear at court proceedings.

☐ Court/Original          ☐ U.S. Attorney          ☐ Defense Counsel          ☐ Pretrial Services

DEFENDANT: ~~Case 2:06-cr-00403~~-GEB   Document 16   Filed 11/07/06   Page 2 of ~~Page 2 of 2~~

CASE NUMBER: <u>Mag 06-0294 KJM</u>

Whether the defendant was on probation, parole, or release by a court;
At the time of the current arrest, the defendant was on:
- ☐ **Probation**
- ☐ **Parole**
- ☐ **Release pending trial, sentence, appeal or completion of sentence.**

      (b)   **Other Factors:**
- ☐ The defendant is an illegal alien and is subject to deportation.
- ☐ The defendant is a legal alien and will be subject to deportation if convicted.
- ☐ Other: _____

_____
_____
_____

**☒**   **(4) <u>Rebuttable Presumptions</u>**
In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:
- ☐  **a.**  (1) The crime charged is one described in § 3142(f)(1) <u>viz</u>.
  - ☐ (A) a crime of violence; or
  - ☐ (B) an offense for which the maximum penalty is life imprisonment or death; or
  - ☐ (C) a controlled substance violation that has a maximum penalty of ten years or more; or
  - ☐ (D) a felony and defendant previously was convicted of two or more of the offenses described in (A) through (C) above <u>and</u>
  - (2) Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above <u>and</u>
  - (3) The offense referred to in subparagraph (2) was committed while defendant was on release pending trial <u>and</u>
  - (4) Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2).
- **☒**  **b.**  There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed
  - **☒** in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq.,
  - ☐ the Controlled Substances Import and Export Act, 21 U.S.C. §§ 951, et seq.,
  - ☐ the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or
  - ☐ an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b.
  - ☐ an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

**D.**   <u>Additional Directives</u>
Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:
    The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and
    The defendant be afforded reasonable opportunity for private consultation with his counsel; and
    That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED: <u>November 7, 2006</u>

                        _Dale A. Drozd_
                      UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED

NOV - 9 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ 23
DEPUTY CLERK

UNITED STATES OF AMERICA,                    )
                                             )
                          Plaintiff,         )     Mag 06-0294 KJM
                                             )
          v.                                 )
                                             )
                                             )
ROQUE LOZANO,                                )     **DETENTION ORDER**
                                             )
                          Defendant.         )
_____)

A.   <u>Order For Detention</u>
     After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court
     orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (I)

B.   <u>Statement Of Reasons For The Detention</u>
     The Court orders the defendant's detention because it finds:
     ☒  By a preponderance of the evidence that no condition or combination of conditions will
        reasonably assure the appearance of the defendant as required.
     ☒  By clear and convincing evidence that no condition or combination of conditions
        will reasonably assure the safety of any other person and the community.

C.   <u>Findings Of Fact</u>
     The Court's findings are based on the evidence which was presented in Court and that which was
     contained in the Pretrial Services Report, and includes the following:
     ☒  (1) Nature and Circumstances of the offense charged:
           ☒  (a)  The crime.  _2/ usc §§ 841, 846_
           ☐  (b)  The offense is a crime of violence.
           ☐  (c)  The offense involves a narcotic drug.
           ☒  (d)  The offense involves a large amount of controlled substances.
     ☐  (2) The weight of the evidence against the defendant is high.
     ☒  (3) The history and characteristics of the defendant including:
           (a)     General Factors:
                   ☐  The defendant appears to have a mental condition which may
                      affect whether the defendant will appear.
                   ☒  The defendant has no known family ties in the area.
                   ☒  The defendant has no known steady employment.
                   ☒  The defendant has no known substantial financial resources.
                   ☐  The defendant is not a long time resident of the community.
                   ☒  The defendant does not have any known significant community ties.
                   ☒  Past conduct of the defendant:  _parole violation_

                   ☐  The defendant has a history relating to drug abuse.
                   ☒  The defendant has a significant prior criminal record.
                   ☐  The defendant has a prior record of failure to appear at court proceedings.

☐ Court/Original          ☐ U.S. Attorney          ☐ Defense Counsel          ☐ Pretrial Services

DEFENDANT: ~~Rama Dogger~~-00403-GEB   Document 19   Filed 11/09/06   Page 2 of ~~Page~~ 2 of 2

CASE NUMBER: ~~Mag 06-0294 KJM~~

Whether the defendant was on probation, parole, or release by a court;

At the time of the current arrest, the defendant was on:
- ☐ Probation
- ☐ Parole
- ☐ Release pending trial, sentence, appeal or completion of sentence.

**(b)    Other Factors:**
- ☒ The defendant is an illegal alien and is subject to deportation.
- ☐ The defendant is a legal alien and will be subject to deportation if convicted.
- ☒ Other: _Border Patrol hold_ _____

☒ **(4) Rebuttable Presumptions**
In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

- ☐ a. (1) The crime charged is one described in § 3142(f)(1) viz.
   - ☐ (A) a crime of violence; or
   - ☐ (B) an offense for which the maximum penalty is life imprisonment or death; or
   - ☐ (C) a controlled substance violation that has a maximum penalty of ten years or more; or
   - ☐ (D) a felony and defendant previously was convicted of two or more of the offenses described in (A) through (C) above and
   - (2) Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above and
   - (3) The offense referred to in subparagraph (2) was committed while defendant was on release pending trial and
   - (4) Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2).
- ☒ b. There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed
   - ☒ in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq.,
   - ☐ the Controlled Substances Import and Export Act, 21 U.S.C. §§ 951, et seq.,
   - ☐ the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or
   - ☐ an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b.
   - ☐ an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

**D.   Additional Directives**
Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

The defendant be afforded reasonable opportunity for private consultation with his counsel; and

That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED:   November 9, 2006

_____
UNITED STATES MAGISTRATE JUDGE

AO 442 (Rev. 10/85) Warrant for Arrest

Case 2:06-cr-00403-GEB   Document 26   Filed 11/17/06   Page 1 of 1

# UNITED STATES DISTRICT COURT

RECEIVED
UNITED STATES MARSHAL

## EASTERN DISTRICT OF CALIFORNIA

06 NOV -1  AM 10: 23

**FILED**

EAS... DISTRICT
OF CALIFORNIA

**UNITED STATES OF AMERICA**

NOV 1 7 2006

V.

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**JORGE MEDINA MENCHACA**  **WARRANT FOR ARREST**

**CASE NUMBER:**

2 0 6 - MJ - 0 2 9 4

06CR 403 GEB

YOU ARE HEREBY COMMANDED to arrest **JORGE MEDINA MENCHACA**

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment   ___ Information   _X_ Complaint   ___ Order of court   ___ Violation Notice   ___

charging him or her with (brief description of offenses)

Knowing and intentionally conspire to distribute and to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance

in violation of Title 21, United States Code, Section(s) 841(a)(1) and 846

| | |
|---|---|
| KIMBERLY J. MUELLER | U.S. Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| | Sacramento, California |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at _____ by   KIMBERLY J. MUELLER | |
| | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

* 11/16/2006 - SUPERCEDED BY INDICTMENT WARRANT. RETURNED UNEXECUTED.

# Memorandum



*United States Attorney*
*Eastern District of California*

| Subject | Date |
|---|---|
| <u>U.S. v. Damian Suarez</u><br>CR S 06-403 GEB | November 20, 2006 |

| To | From |
|---|---|
| Pete Buzo,<br>Courtroom Deputy<br>to the Honorable Dale A. Drozd | Phillip A. Talbert<br>Assistant U.S. Attorney |

 

 

The parties respectfully request defendant Damian Suarez be added to the court's calendar on Wednesday, November 29, 2006, at 2:00 p.m. for arraignment on the superseding indictment. Defense counsel joins in this request.

If you have any questions, please do not hesitate to contact me at 554-2789.

cc: Michael Bigelow, Esq.

UNITED STATES OF AMERICA

|                        |   |                    |
|------------------------|---|--------------------|
| v.                     | ) | CR.  S 06-403 GEB  |
| JORGE MEDINA MENCHACA  | ) |                    |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum                ( ) Ad Testicandum.

Name of Detainee:        **JORGE MEDINA MENCHACA**

Detained at (custodian):     **Pleasant Valley State Prison**

Detainee is:  a.)   (X) charged in this district by:
(X) Indictment         ( ) Information        ( ) Complaint
Charging Detainee With: **Conspiracy to Distribute and to Possess with
Intent to Distribute Methamphetamine**

or    b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   ( ) return to the custody of detaining facility upon termination of proceedings
or    b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence
is              currently being served at the detaining facility

*Appearance is necessary*   _FORTHWITH   in the Eastern District of California._

Signature: _____
Printed Name & Phone No.   PHILLIP A. TALBERT   (916) 554-2789
Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum                ( ) Ad Testicandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service
for this district, is hereby ORDERED to produce the named detainee, __forthwith__   and any further
proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the
above-named custodian.

Date _____        United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | _____ | Male X   Female |
| Booking or CDC #: | K094279 | DOB:  X/X/1961 |
| Facility Address: | 24863 West Jane Avenue  /  P.O. Box 8500 | Race: _____ |
| | Coalinga, CA 93210 | FBI #: _____ |
| Facility Phone: | 559-935-4900 | |
| Currently Incarcerated For: | _____ | |

-----------------------------------------------
**RETURN OF SERVICE**

Executed on _____ by   _____
(Signature)

N:\ybaird\PTalbert\Suarez\Writ_Menchaca11-30-06.wpd
Form Crim-48                                                        Revised 11/19/97

**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
*(916) 498-5700 Fax: (916) 498-5710*

*Daniel J. Broderick*
*Federal Defender*

*Linda Harter*
*Chief Assistant Defender*

December 5, 2006

**FILED**

DEC – 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

Mr. Emmett Mahle
Attorney at Law
901 H Street, #203
Sacramento, CA 95814

Re: <u>U.S. v. Angeles</u>
Mag.-06-294-KJM

Dear Mr. Mahle:

This will confirm your appointment as counsel by the Honorable Dale A. Drozd, U.S. Magistrate Judge, to represent the above-named defendant. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered.   Also enclosed is an instruction sheet discussing the use of the forms, together with sample forms for reporting court time.  This will also provide a uniformity in the way attorneys report their time and services rendered.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case,  please feel free to call upon us at any time.

Very truly yours,

CYNTHIA L. COMPTON
CJA Panel Administrator

:clc
Enclosures

cc:   Clerk's Office

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | | | VOUCHER NUMBER |
|---|---|---|---|---|---|---|
| CAE | Angel Angeles | | | | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 2:06-000294-001 | | | |

| 7. IN CASE/MATTER OF  (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Angeles | Felony | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)**  If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 846=CD.F -- CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

| 12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS | 13. COURT ORDER |
|---|---|
| MAHLE, C. EMMETT 901 H STREET, #203 SACRAMENTO CA 95814 Telephone Number: _____ | ☒ O Appointing Counsel  ☐ C Co-Counsel ☐ F Subs For Federal Defender  ☐ R Subs For Retained Attorney ☐ P Subs For Panel Attorney  ☐ Y Standby Counsel Prior Attorney's Name: _____ Appointment Date: _____ ☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or ☐ Other (See Instructions) |
| 14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions) | _Signature of Presiding Judicial Officer or By Order of the Court_ 11/01/2006 Date of Order       Nunc Pro Tunc Date Repayment or partial repayment ordered from the person represented for this service at time of appointment.  ☐ YES  ☐ NO |

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| **15.** a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (Rate per hour = $ 92 )  **TOTALS:** | | | | | |
| **16.** a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and Other work  (Specify on additional sheets) | | | | | |
| (Rate per hour = $ 92 )  **TOTALS:** | | | | | |
| **17.** Travel Expenses  (lodging, parking, meals, mileage, etc.) | | | | | |
| **18.** Other Expenses  (other than expert, transcripts, etc.) | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|
| FROM _____ TO _____ | | |

**22. CLAIM STATUS**  ☐ Final Payment  ☐ Interim Payment Number _____  ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?  ☐ YES  ☐ NO  If yes, were you paid?  ☐ YES  ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?  ☐ YES  ☐ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney: _____  Date: _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

| IN UNITED STATES | ☑ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

**IN THE CASE OF**

UNITED STATES vs. JAIME ANGELES

**FOR** EASTERN DISTRICT OF CA.

**AT** SACRAMENTO, CALIFORNIA

**LOCATION NUMBER** CAESC

**PERSON REPRESENTED** (Show your full name)
JAIME ANGELES

1 ☑ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate  kcm
2:06 mJ 0294
District Court
Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box →) ☑ Felony  ☐ Misdemeanor

(1) 18 USC 18410 CONSPIRACY P4C TO DISTRIBUTE AND POSSESSION W/INTENT TO DISTRIBUTE METHAMPHETAMINE.

## ASSETS

**EMPLOYMENT**

Are you now employed? ☑ Yes   ☐ No   ☐ Am Self-Employed
Name and address of employer: WORKS IN FIELDS
IF YES, how much do you earn per month? $ 400-500
IF NO, give month and year of last employment
How much did you earn per month? $ _____
If married is your Spouse employed?   ☐ Yes   ☑ No
IF YES, how much does your Spouse earn per month? $ N/A
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED  N/A
SOURCES

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No   IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE  N/A
DESCRIPTION

## OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☑ SEPARATED OR DIVORCED
Total No. of Dependents  3

List persons you actually support and your relationship to them
1. ROBERTO ANGELES  18
2. ALEJANDRO ANGELES  21
3. ARACELI ANGELES  25

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Pymt. |
|---|---|---|---|
| (1) W/ ROOMMATE | | $200.00 | (2 months) |
| (2) FOOD | | $100.00 | (3 months) |
| (3) CLOTHES | | $100.00 | (3 months) |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 11/1/06

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)** ▶ Jaime Anjeles

## OFFICE OF THE FEDERAL DEFENDER
### EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
*(916) 498-5700 Fax: (916) 498-5710*

*Daniel J. Broderick*
*Federal Defender*

*Linda Harter*
*Chief Assistant Defender*

**January 23, 2007**

Mr. J. Toney
Attorney at Law
P.O. Box 1515
Woodland, CA 95776

FILED

JAN 2 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

    Re:   **U.S. v. Manchaca**
             Cr.S-06-0403-GEB

Dear Mr. Toney:

    This will confirm your appointment as counsel by the Honorable Edmund F. Brennan, U.S. Magistrate Judge, to represent the above-named defendant. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

    Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms, together with sample forms for reporting court time. This will also provide a uniformity in the way attorneys report their time and services rendered.

    If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

                      Very truly yours,

                      CYNTHIA L. COMPTON
                      CJA Panel Administrator

:clc
Enclosures

cc:    Clerk's Office

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED Case 2:06-cr-00403-GEB   Document 44   Filed 0 Menchaca, Jorge Medina | | | | VOUCHER NUMBER Page 2 of 3 |
|---|---|---|---|---|---|
| CAB | | | | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 2:06-000403-004 | | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF   (Case Name) U.S. v. Menchaca | 8. PAYMENT CATEGORY Felony | | 9. TYPE PERSON REPRESENTED Adult Defendant | | 10. REPRESENTATION TYPE (See Instructions) Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)   If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 846=CD.F -- CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

| 12. ATTORNEY'S NAME   (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS | 13. COURT ORDER |
|---|---|
| TONEY, J. P.O. BOX 1515 WOODLAND CA 95776 | ☒ O Appointing Counsel   ☐ C Co-Counsel ☐ F Subs For Federal Defender   ☐ R Subs For Retained Attorney ☐ P Subs For Panel Attorney   ☐ Y Standby Counsel Prior Attorney's Name Appointment Date Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, |
| Telephone Number 14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions) | or ☐ Other   Signature of Presiding Judicial Officer or By Order of the Court 12/29/2006 Date of Order   Nunc Pro Tunc Date Repayment or partial repayment ordered from the person represented for this service at time of appointment.   ☐ YES   ☐ NO |

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (Rate per hour = $ 92 )   TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and Other work   (Specify on additional sheets) | | | | | |
| (Rate per hour = $ 92 )   TOTALS: | | | | | |
| 17. Travel Expenses   (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses   (other than expert, transcripts, etc.) | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM _____ TO _____ | | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|---|

22. CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   ☐ YES   ☐ NO   If you, were you paid?   ☐ YES   ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney _____   Date _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |

Case 2:06-cr-00403-GEB   Document 44   Filed 01/03/    Page 2 of 2

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | |
|---|---|---|---|---|---|

IN THE CASE OF

| | FOR | LOCATION NUMBER |
|---|---|---|
| UNITED STATES vs. | EASTERN DISTRICT OF CA. | |
| | AT | CAESC |
| | SACRAMENTO, CALIFORNIA | |

PERSON REPRESENTED (Show your full name)

JORGE MENCHACA

CHARGE/OFFENSE (describe if applicable & check box → ) ☐ Felony  ☐ Misdemeanor

21 USC 846  841 a 1

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate

District Court
RRS 6-  GEB

Court of Appeals

## ASSETS

### EMPLOYMENT

Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☒ Yes  ☐ No  _____

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

### OTHER INCOME

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES

RECEIVED / SOURCES

NONE

### CASH

Have you any cash on hand or money in savings or checking account ☐ Yes  ☒ No  IF YES, state total amount $ _____

### PROPERTY

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☐ No

IF YES, GIVE THE VALUE AND $ _____ DESCRIBE IT

VALUE / DESCRIPTION

NONE

## OBLIGATIONS & DEBTS

### DEPENDENTS

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☒ SEPARATED OR DIVORCED

Total No. of Dependents  3

List persons you actually support and your relationship to them

### DEBTS & MONTHLY BILLS

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| NONE | JUST Released from Pris | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12-29-06

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Jorge Menchaca

1    **DINA L. SANTOS**
     Attorney at Law
2    State Bar No. 204200
     428 J Street, Suite 359
3    Sacramento, CA 95814
     Telephone: (916) 447-0160
4    Facsimile: (916) 447-2988

5
     Attorney for Petitioner
6    FRANCIS RAMIREZ

7

8            **IN THE UNITED STATES DISTRICT COURT**

9           **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

12   **UNITED STATES OF AMERICA,**     )     **CRS 06-403 GEB**
                                        )
13              Plaintiff,              )
                                        )
14   v.                                 )     **WAIVER OF DEFENDANT'S**
                                        )     **PRESENCE**
15                                      )
     **FRANCIS RAMIREZ**                )
16                                      )
                Defendant               )
17                                      )
     _____)
18

19
            The defendant, FRANCIS RAMIREZ, hereby waives her right to be present in open court
20
     upon the hearing of any motion or other proceeding in this cause, including, but not limited to,
21
     when the case is ordered set for trial, when a continuance is ordered, and when any other action
22
     is taken by the court before or after trial, except upon arraignment, plea, impanelment of a jury
23
     and imposition of sentence. Defendant hereby request the court to proceed during every absence
24
     of her which the court may permit pursuant to this waiver; agrees that his interest will be deemed
25
     represented at all times by the presence of his attorney, the same as if the defendant were
26
     personally present; and further agrees to be present in court ready for trial any day and hour the
27
     court may fix in her absence.
28

1    Defendant further acknowledges that she has been informed of her rights under Title 18

2    U.S.C. Section 3161 - 3174 (Speedy Trial Act), and has authorized her attorney to set times and

3    delays under the provisions of that Act without defendant being present.

4
     Dated: February 23, 2007                              /s/
5                                                  FRANCIS RAMIREZ
                                                   Client
6
     Dated: February 23, 2007                              /s/
7                                                  DINA L. SANTOS
                                                   Attorney for Francis Ramirez
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

**DINA L. SANTOS**
Attorney at Law
State Bar No. 204200
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for Petitioner
FRANCIS RAMIREZ

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CRS 06-403 GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **WAIVER OF DEFENDANT'S** |
| | ) | **PRESENCE** |
| **FRANCIS RAMIREZ** | ) | |
| Defendant | ) | |
| _____ | ) | |

   The defendant, FRANCIS RAMIREZ, hereby waives her right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of a jury and imposition of sentence. Defendant hereby request the court to proceed during every absence of her which the court may permit pursuant to this waiver; agrees that his interest will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in her absence.

1    Defendant further acknowledges that she has been informed of her rights under Title 18

2    U.S.C. Section 3161 - 3174 (Speedy Trial Act), and has authorized her attorney to set times and

3    delays under the provisions of that Act without defendant being present.

4

5    Dated: February 23, 2007                              /s/  Francis Ramirez
                                                            FRANCIS RAMIREZ
                                                            Client
6
     Dated: February 23, 2007                              /s/ Dina L. Santos
7                                                           DINA L. SANTOS
                                                            Attorney for Francis Ramirez
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

1  C. EMMETT MAHLE, SBN 104069
   Attorney at Law
2  901 H Street, Suite 203
   Sacramento, CA 95814
3  (916) 447-1646
   Mahlelaw@sbcglobal.net
4
   Attorney for Defendant
5  JAIME ANGELES

6

7                    IN THE UNITED STATES DISTRICT COURT
8
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          Case No.:  CR.S-06-403 GEB

                  Plaintiff,          STIPULATION AND (PROPOSED) ORDER
12
13       vs.

14 JAIME ANGELES et. al.,

15                Defendants.

16

17                            STIPULATION

18       This matter was scheduled for Status Conference on June 8, 2007, at 9:00 a.m., in the

19 courtroom of the Honorable Garland E. Burrell, Jr.   I have contacted counsel for all defendants,

20 and counsel for the United States, AUSA Phil Talbert, and they have all agreed, subject to the

21 court's approval, to continue this matter until August l0, 2007, at 9:00 a.m.

22       All counsel have received approximately 9,000 pages of discovery in the above matter,

23 and continue to review, organize and prepare these materials.  All counsel are also reviewing

24 these materials for the potential preparation of motions.  Investigation is also under way

25 concerning these matters.

26       All parties hereby agree and stipulate to a continuance of the Status Conference that

27 was scheduled for June 8, 2007, at 9:00 a.m., to August l0, 2007, at 9:00 a.m. in the courtroom

28 of the Honorable Garland E. Burrell, Jr. They further stipulate to the exclusion of time through

                                    - 1

1   that date pursuant to Local Code T-2, as the matter is complex, and Local Code T-4, as the

2   above continuance is necessary for preparation of counsel.

3

4   DATED:   6-06-07                           /s/ C. Emmett Mahle
                                               C. EMMETT MAHLE
5                                              Attorney for Defendant
                                               JAIME ANGELES
6

7   DATED:   6-06-07                           /s/ Michael Bigelow
                                               MICHAEL BIGELOW
8                                              Attorney for Defendant
                                               DAMIAN SUAREZ
9

10  DATED:   6-06-07                           /s/ Krista Hart
                                               KRISTA HART
11                                             Attorney for Defendant
                                               RENE RODRIGUEZ GUTIERREZ
12

13  DATED:   6-06-07                           /s/ Dina Santos
                                               DINA SANTOS
14                                             Attorney for Defendant
                                               FRANCES ROSA RAMIREZ
15

16  DATED:   6-06-07                           /s/ Gilbert Roque
                                               GILBERT ROQUE
17                                             Attorney for Defendant
                                               ROQUE LOZANO
18

19  DATED:   6-06-07                           /s/ J. Toney
                                               J. TONEY
20                                             Attorney for Defendant
                                               JORGE MEDINA MENCHACA
21

22  DATED:   6-06-07                           /s/ Phil Talbert
                                               PHIL TALBERT
23                                             Assistant U.S. Attorney

24

25

26

27

28

                                    - 2

1    (PROPOSED) ORDER

2

3        GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status

4    Conference that was scheduled for June 8, 2007, at 9:00 a.m., is hereby continued to August

5    10, 2007, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.   Time is

6    excluded through that date pursuant to Local Codes T-2, due to complexity, and T-4 for

7    preparation of counsel.

8

9    DATED: _____              _____
                                           GARLAND E. BURRELL, JR.
10                                         U.S. District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3

C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JAIME ANGELES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR.S-06-403 GEB |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER |
| vs. | |
| JAIME ANGELES et. al., | |
| Defendants. | |

## STIPULATION

This matter was scheduled for Status Conference on June 8, 2007, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.   I have contacted counsel for all defendants, and counsel for the United States, AUSA Phil Talbert, and they have all agreed, subject to the court's approval, to continue this matter until August l0, 2007, at 9:00 a.m.

All counsel have received approximately 9,000 pages of discovery in the above matter, and continue to review, organize and prepare these materials.  All counsel are also reviewing these materials for the potential preparation of motions.  Investigation is also under way concerning these matters.

All parties hereby agree and stipulate to a continuance of the Status Conference that was scheduled for June 8, 2007, at 9:00 a.m., to August l0, 2007, at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr. They further stipulate to the exclusion of time through

- 1

that date pursuant to Local Code T-2, as the matter is complex, and Local Code T-4, as the above continuance is necessary for preparation of counsel.

DATED:   6-06-07                    /s/ C. Emmett Mahle

                                    C. EMMETT MAHLE
                                    Attorney for Defendant
                                    JAIME ANGELES


DATED:   6-06-07                    /s/ Michael Bigelow
                                    MICHAEL BIGELOW
                                    Attorney for Defendant
                                    DAMIAN SUAREZ


DATED:   6-06-07                    /s/ Krista Hart

                                    KRISTA HART
                                    Attorney for Defendant
                                    RENE RODRIGUEZ GUTIERREZ


DATED:   6-06-07                    /s/ Dina Santos

                                    DINA SANTOS
                                    Attorney for Defendant
                                    FRANCES ROSA RAMIREZ


DATED:   6-06-07                    /s/ Gilbert Roque

                                    GILBERT ROQUE
                                    Attorney for Defendant
                                    ROQUE LOZANO


DATED:   6-06-07                    /s/ J. Toney

                                    J. TONEY
                                    Attorney for Defendant
                                    JORGE MEDINA MENCHACA


DATED:   6-06-07                    /s/ Phil Talbert
                                    PHIL TALBERT
                                    Assistant U.S. Attorney

1
2
3                           (PROPOSED) ORDER
4
5            GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status
6    Conference that was scheduled for June 8, 2007, at 9:00 a.m., is hereby continued to August
7    10, 2007, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.   Time is
8    excluded through that date pursuant to Local Codes T-2, due to complexity, and T-4 for
9    preparation of counsel.
10   Dated:  June 6, 2007
11
12                                          GARLAND E. BURRELL, JR.
                                            United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                     - 3

VITTORIA M. BOSSI, SBN 154694
CLAIR & BOSSI
2155 West March Lane, Suite 1A
Stockton, CA 95207

Telephone: (209) 477-1800
Facsimile: (209) 477-1821

**Attorney for Roque Lozano**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,               **Case Number 2:06-CR-403 GEB**

vs.                       **SUBSTITUTION OF ATTORNEY**

ROQUE LOZANO,

      **Defendant**

_____/

      The Court and all parties are noticed that defendant, ROQUE LOZANO, makes the following substitution:

      New Legal Representation:      VITTORIA M. BOSSI, SBN 154694
                                     CLAIR & BOSSI, RLLP
                                     2155 West March Lane, Suite 1A
                                     Stockton, CA 95207
                                     Telephone: (209) 477-1800
                                     Facsimile: (209) 477-1821

I consent to this substitution:

Dated: July 12, 2007               /s/ Roque Lozano
                              ROQUE LOZANO

1    I consent to this substitution:

2    Dated:  July 12, 2007                    /s/ Gilbert Roque
3                                             GILBERT ROQUE (former attorney)

4

5    I consent to this substitution

6    Dated:  July 12, 2007                    /s/ Vittoria M. Bossi
7                                             VITTORIA M. BOSSI

8

9

10         **IT IS SO ORDERED.**

11

12

13   Dated:_____                   _____
14                                             UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**VITTORIA M. BOSSI, SBN 154694**
**CLAIR & BOSSI**
**2155 West March Lane, Suite 1A**
**Stockton, CA  95207**

**Telephone:  (209) 477-1800**
**Facsimile:  (209) 477-1821**

**Attorney for Roque Lozano**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

        **Plaintiff,**                                  **Case Number 2:06-CR-403 GEB**

**vs.**                                                **SUBSTITUTION OF ATTORNEY**

**ROQUE LOZANO,**

        **Defendant**

_____/

        The Court and all parties are noticed that defendant, ROQUE LOZANO, makes the following substitution:


        New Legal Representation:        VITTORIA M. BOSSI, SBN 154694
                                         CLAIR & BOSSI, RLLP
                                         2155 West March Lane, Suite 1A
                                         Stockton, CA  95207
                                         Telephone:  (209) 477-1800
                                         Facsimile:  (209) 477-1821

I consent to this substitution:

Dated:  July 12, 2007                    /s/ Roque Lozano_____
                                         ROQUE LOZANO

1    I consent to this substitution:

2

3    Dated:  July 12, 2007             /s/ Gilbert Roque
                                        GILBERT ROQUE (former attorney)

4

5    I consent to this substitution

6

7    Dated:  July 12, 2007             /s/ Vittoria M. Bossi
                                        VITTORIA M. BOSSI

8

9

10          **IT IS SO ORDERED.**

11

12

13    Dated: July 24, 2007

                                      UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  C. EMMETT MAHLE, SBN 104069
   Attorney at Law
2  901 H Street, Suite 203
   Sacramento, CA 95814
3  (916) 447-1646
   Mahlelaw@sbcglobal.net
4
   Attorney for Defendant
5  JAIME ANGELES
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,            Case No.:  CR.S-06-403 GEB
12        Plaintiff,                     STIPULATION AND (PROPOSED) ORDER
13    vs.
14 JAIME ANGELES et. al.,
15        Defendants.
16
17                            STIPULATION
18        This matter was scheduled for Status Conference on August 10, 2007, at 9:00 a.m., in
19 the courtroom of the Honorable Garland E. Burrell, Jr.  I have contacted counsel for all
20 defendants, and counsel for the United States, AUSA Phillip Talbert, and they have all agreed,
21 subject to the court's approval, to continue this matter until September 28, 2007, at 9:00 a.m.
22        All counsel have received approximately 9,000 pages of discovery in the above matter,
23 and continue to review, organize and prepare these materials. All counsel are also reviewing
24 these materials for the potential preparation of motions. Investigation is also under way
25 concerning these matters.   In addition, Attorney Vittoria Bossi has recently become counsel of
26 record for defendant Roque Lozano and will need time to become familiar with the case.
27        All parties hereby agree and stipulate to a continuance of the Status Conference that
28 was scheduled for August I0, 2007, to September 28, 2007 at 9:00 a.m. in the courtroom of the
   Honorable Garland E. Burrell, Jr. They further stipulate to the exclusion of time through that date

                                    - 1

1  pursuant to Local Code T-2, as the matter is complex, and Local Code T-4, as the above

2  continuance is necessary for preparation of counsel.

3

4  DATED:____8-7-07_____           /s/ C. Emmett Mahle
                                       C. EMMETT MAHLE
5                                      Attorney for Defendant
                                       JAIME ANGELES
6

7  DATED:____8-07-07_____          /s/ Michael Bigelow
                                       MICHAEL BIGELOW
8                                      Attorney for Defendant
                                       DAMIAN SUAREZ
9

10  DATED:____8-07-07_____         /s/ Krista Hart
                                       KRISTA HART
11                                     Attorney for Defendant
                                       RENE RODRIGUEZ GUTIERREZ
12

13  DATED:____8-07-07_____         /s/ Dina Santos
                                       DINA SANTOS
14                                     Attorney for Defendant
                                       FRANCES ROSA RAMIREZ
15

16  DATED:____8-07-07_____         /s/ Vittoria Bossi
                                       VITTORIA BOSSI
17                                     Attorney for Defendant
                                       ROQUE LOZANO
18

19  DATED:____8-07-07_____         /s/ J. Toney
                                       J. TONEY
20                                     Attorney for Defendant
                                       JORGE MEDINA MENCHACA
21

22  DATED:____8-07-07_____         /s/ Phillip Talbert
                                       PHIL TALBERT
23                                     Assistant U.S. Attorney

24

25

26

27

28

- 2

1

(PROPOSED) ORDER

2

3          GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status

4   Conference that was scheduled for August 10, 2007, at 9:00 a.m., is hereby continued to

5   September 28, 2007, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.

6   Time is excluded through that date pursuant to Local Codes T-2, due to complexity, and T-4 for

7   preparation of counsel.

8

9   DATED: _____                    _____
                                               GARLAND E. BURRELL, JR.
10                                             U.S. District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3

C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JAIME ANGELES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR.S-06-403 GEB |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER |
| vs. | |
| JAIME ANGELES et. al., | |
| Defendants. | |

## STIPULATION

This matter was scheduled for Status Conference on August 10, 2007, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.   I have contacted counsel for all defendants, and counsel for the United States, AUSA Phillip Talbert, and they have all agreed, subject to the court's approval, to continue this matter until September 28, 2007, at 9:00 a.m.

All counsel have received approximately 9,000 pages of discovery in the above matter, and continue to review, organize and prepare these materials. All counsel are also reviewing these materials for the potential preparation of motions. Investigation is also under way concerning these matters.   In addition, Attorney Vittoria Bossi has recently become counsel of record for defendant Roque Lozano and will need time to become familiar with the case.

All parties hereby agree and stipulate to a continuance of the Status Conference that was scheduled for August l0, 2007, to September 28, 2007 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr. They further stipulate to the exclusion of time through that date

- 1

pursuant to Local Code T-2, as the matter is complex, and Local Code T-4, as the above

continuance is necessary for preparation of counsel.

DATED: _____8-7-07_____          _/s/ C. Emmett Mahle_

                                   C. EMMETT MAHLE
                                   Attorney for Defendant
                                   JAIME ANGELES

DATED: _____8-07-07_____          _/s/ Michael Bigelow_
                                   MICHAEL BIGELOW
                                   Attorney for Defendant
                                   DAMIAN SUAREZ

DATED: _____8-07-07_____          _/s/ Krista Hart_

                                   KRISTA HART
                                   Attorney for Defendant
                                   RENE RODRIGUEZ GUTIERREZ

DATED: _____8-07-07_____          _/s/ Dina Santos_

                                   DINA SANTOS
                                   Attorney for Defendant
                                   FRANCES ROSA RAMIREZ

DATED: _____8-07-07_____          _/s/ Vittoria Bossi_
                                   VITTORIA BOSSI
                                   Attorney for Defendant
                                   ROQUE LOZANO

DATED: _____8-07-07_____          _/s/ J. Toney_

                                   J. TONEY
                                   Attorney for Defendant
                                   JORGE MEDINA MENCHACA

DATED: _____8-07-07_____          _/s/ Phillip Talbert_
                                   PHIL TALBERT
                                   Assistant U.S. Attorney

(PROPOSED) ORDER:

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status
Conference that was scheduled for August 10, 2007, at 9:00 a.m., is hereby continued to
September 28, 2007, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.
Time is excluded through that date pursuant to Local Codes T-2, due to complexity, and T-4 for
preparation of counsel.

DATED:  August 7, 2007

GARLAND E. BURRELL, JR.
United States District Judge

- 3

Case 2:06-cr-00403-GEB   Document 55   Filed 09/13/07   Page 1 of 1

1   JESSE I. SANTANA (State Bar No. 132803)
    Law Offices of Beauchamp & Santana
2   The Historic Winship Building
    500 Second Street
3   Yuba City, California 95991
    Telephone: (530) 822-9500
4   Facsimile: (530) 751-7910
    Email: attorneys@beauchampandsantana.com
5
6   Attorneys for Defendant
    JORGE MEDINA MENCHACA
7

8

9               IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13   UNITED STATES OF AMERICA,      )  CR. NO. 06-CR-0403 GEB
                                     )
14                  Plaintiff,       )  SUBSTITUTION OF COUNSEL
                                     )
15       v.                          )
                                     )
16   JORGE MEDINA MENCHACA,          )
                                     )
17                  Defendant.       )
                                     )
18   _____ )

19
20       Defendant JORGE MEDINA MENCHACA hereby requests and agrees to the
     substitution of Jesse I. Santana as his attorney of record in lieu and in
21   place of his current attorney J. Toney.
22
23   I request the substitution.      /s/Jesse I. Santana for
                                       JORGE MEDINA MENCHACA
24   I agree to the substitution.      /s/Jesse I. Santana for
25                                      J. TONEY
26   I agree to the substitution.      /s/Jesse I. Santana
                                        JESSE I. SANTANA
27
28

1   JESSE I. SANTANA (State Bar No. 132803)
    Law Offices of Beauchamp & Santana
2   The Historic Winship Building
    500 Second Street
3   Yuba City, California 95991
    Telephone: (530) 822-9500
4   Facsimile: (530) 751-7910
    Email: attorneys@beauchampandsantana.com
5

6   Attorneys for Defendant
    JORGE MEDINA MENCHACA
7

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13   UNITED STATES OF AMERICA,     )   CR. NO. 06-CR-0403 GEB
                            )
14               Plaintiff,     )   SUBSTITUTION OF COUNSEL
                            )
15       v.                       )
                            )
16   JORGE MEDINA MENCHACA,     )
                            )
17              Defendant.     )
                            )
18   _____ )

19

20

        Defendant JORGE MEDINA MENCHACA hereby requests and agrees to the
21

  substitution of Jesse I. Santana as his attorney of record in lieu and in
22

  place of his current attorney J. Toney.
23

24

  I request the substitution.     /s/Jesse I. Santana for
25                            JORGE MEDINA MENCHACA

26
  I agree to the substitution.   /s/Jesse I. Santana for
27                            J. TONEY

28

1   I agree to the substitution.   /s/Jesse I. Santana
                                    JESSE I. SANTANA
2

3                                    ORDER

4        IT IS SO ORDERED.

5

6   Date: September __, 2007.
                                    Garland E. Burrell, Jr.
7
                                    United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                   2

C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JAIME ANGELES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR.S-06-403 GEB |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER |
| vs. | |
| JAIME ANGELES et. al., | |
| Defendants. | |

STIPULATION

This matter was scheduled for Status Conference on September 28, 2007, at 9:00 a.m.,
in the courtroom of the Honorable Garland E. Burrell, Jr.  I have contacted counsel for all
defendants, and counsel for the United States, AUSA Phillip Talbert, and they have all agreed,
subject to the court's approval, to continue this matter until November 2, 2007, at 9:00 a.m.

All counsel have received approximately 9,000 pages of discovery in the above matter,
and continue to review, organize and prepare these materials.  All counsel are also reviewing
these materials for the potential preparation of motions.  Investigation is also under way
concerning these matters.   In addition, Attorney Jesse Santana has recently become counsel of
record for defendant Jorge Menchaca and will need time to become familiar with the case.

All parties hereby agree and stipulate to a continuance of the Status Conference that
was scheduled September 28, 2007, to November 2, 2007 at 9:00 a.m. in the courtroom of the
Honorable Garland E. Burrell, Jr. They further stipulate to the exclusion of time through that date

- 1

1  pursuant to Local Code T-2, as the matter is complex, and Local Code T-4, as the above

2  continuance is necessary for preparation of counsel.

3

4  DATED:___10-01-07_____        _/s/ C. Emmett Mahle_
                                    C. EMMETT MAHLE
5                                  Attorney for Defendant
                                    JAIME ANGELES
6

7  DATED:___10-01-07_____        _/s/ Michael Bigelow_
                                    MICHAEL BIGELOW
8                                  Attorney for Defendant
                                    DAMIAN SUAREZ
9

10 DATED:___10-01-07_____        _/s/ Krista Hart_
                                    KRISTA HART
11                                 Attorney for Defendant
                                    RENE RODRIGUEZ GUTIERREZ
12

13 DATED:___10-01-07_____        _/s/ Dina Santos_
                                    DINA SANTOS
14                                 Attorney for Defendant
                                    FRANCES ROSA RAMIREZ
15

16 DATED:___10-01-07_____        _/s/ Vittoria Bossi_
                                    VITTORIA BOSSI
17                                 Attorney for Defendant
                                    ROQUE LOZANO
18

19 DATED:___10-01-07_____        _/s/ Jesse Santana_
                                    JESSE SANTANA
20                                 Attorney for Defendant
                                    JORGE MEDINA MENCHACA
21

22 DATED:___10-01-07_____        _/s/ Phillip Talbert_
                                    PHIL TALBERT
23                                 Assistant U.S. Attorney

24

25

26

27

28

- 2

1

(PROPOSED) ORDER      :

2

3          GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status

4    Conference that was scheduled for September 28, 2007, at 9:00 a.m., is hereby continued to

5    November 2, 2007, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.  Time

6    is excluded through that date pursuant to Local Codes T-2, due to complexity, and T-4 for

7    preparation of counsel.

8

9    DATED: _____          _____
                                       GARLAND E. BURRELL, JR.
10                                     Chief Judge
                                       U.S. District Court
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3

1    JESSE I. SANTANA (State Bar No. 132803)
     Law Offices of Beauchamp & Santana
2    The Historic Winship Building
     500 Second Street
3    Yuba City, California 95991
     Telephone: (530) 822-9500
4    Facsimile: (530) 751-7910
     Email: attorneys@beauchampandsantana.com
5

6    Attorneys for Defendant
     JORGE MEDINA MENCHACA
7

8

9                IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13    UNITED STATES OF AMERICA,      )   CR. NO. 06-CR-0403 GEB
                             )
14            Plaintiff,    )   SUBSTITUTION OF COUNSEL
                             )
15      v.                       )
                             )
16    JORGE MEDINA MENCHACA,       )
                             )
17            Defendant.    )
                             )
18    _____ )

19

20        Defendant JORGE MEDINA MENCHACA hereby requests and agrees to the
21
    substitution of retained attorney Jesse I. Santana as his attorney of
22
    record in lieu and in place of his current attorney J. Toney.
23

24
    I request the substitution.     /s/Jesse I. Santana for
25                                JORGE MEDINA MENCHACA

26
    I agree to the substitution.    /s/Jesse I. Santana for
27                                J. TONEY

28

1 | I agree to the substitution.    /s/Jesse I. Santana
                                   JESSE I. SANTANA
2

3

4                                   ORDER

5     IT IS SO ORDERED.

6  September 28, 2007

7

8                           GARLAND E. BURRELL, JR.
9                           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    2

C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JAIME ANGELES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  CR.S-06-403 GEB |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER |
| vs. | |
| JAIME ANGELES et. al., | |
| Defendants. | |

STIPULATION

This matter was scheduled for Status Conference on September 28, 2007, at 9:00 a.m.,
in the courtroom of the Honorable Garland E. Burrell, Jr.  I have contacted counsel for all
defendants, and counsel for the United States, AUSA Phillip Talbert, and they have all agreed,
subject to the court's approval, to continue this matter until November 2, 2007, at 9:00 a.m.

All counsel have received approximately 9,000 pages of discovery in the above matter,
and continue to review, organize and prepare these materials.  All counsel are also reviewing
these materials for the potential preparation of motions.  Investigation is also under way
concerning these matters.   In addition, Attorney Jesse Santana has recently become counsel of
record for defendant Jorge Menchaca and will need time to become familiar with the case.

All parties hereby agree and stipulate to a continuance of the Status Conference that
was scheduled September 28, 2007, to November 2, 2007 at 9:00 a.m. in the courtroom of the
Honorable Garland E. Burrell, Jr. They further stipulate to the exclusion of time through that date

- 1

pursuant to Local Code T-2, as the matter is complex, and Local Code T-4, as the above

continuance is necessary for preparation of counsel.

DATED:    10-01-07                            /s/ C. Emmett Mahle

                                              C. EMMETT MAHLE
                                              Attorney for Defendant
                                              JAIME ANGELES

DATED:    10-01-07                            /s/ Michael Bigelow
                                              MICHAEL BIGELOW
                                              Attorney for Defendant
                                              DAMIAN SUAREZ

DATED:    10-01-07                            /s/ Krista Hart

                                              KRISTA HART
                                              Attorney for Defendant
                                              RENE RODRIGUEZ GUTIERREZ

DATED:    10-01-07                            /s/ Dina Santos

                                              DINA SANTOS
                                              Attorney for Defendant
                                              FRANCES ROSA RAMIREZ

DATED:    10-01-07                            /s/ Vittoria Bossi
                                              VITTORIA BOSSI
                                              Attorney for Defendant
                                              ROQUE LOZANO

DATED:    10-01-07                            /s/ Jesse Santana
                                              JESSE SANTANA
                                              Attorney for Defendant
                                              JORGE MEDINA MENCHACA

DATED:    10-01-07                            /s/ Phillip Talbert
                                              PHIL TALBERT
                                              Assistant U.S. Attorney

- 2

1

2                              (PROPOSED) ORDER

3

4              GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status

5    Conference that was scheduled for September 28, 2007, at 9:00 a.m., is hereby continued to

6    November 2, 2007, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.   Time

7    is excluded through that date pursuant to Local Codes T-2, due to complexity, and T-4 for

8    preparation of counsel.

9

10   DATED: October 1, 2007

11

12

13                                        _____
                                          GARLAND E. BURRELL, JR.
14                                        United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          - 3

1 | KRISTA HART
Attorney at Law
2 | State Bar No. 199650
428 J Street, Suite 350
3 | Sacramento, CA  95814
(916) 498-8398
4

5 | Attorney for Defendant
Rene Gutierrez
6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | THE UNITED STATES OF      ) No. Cr.S. 06-403 GEB
AMERICA,                  )
12 |             Plaintiffs,  )
                          ) **STIPULATIONN AND PROPOSED ORDER**
13 |      v.                   ) **TO CONTINUE THE STATUS CONFERENCE**
                          ) **TO:**
14 | DAMIAN SUAREZ            )
RENE RODRIGUEZ GUTIERREZ )
15 | FRANCES ROSA RAMIREZ     )
JAIME ANGELES            )
16 | ROQUE LOZANO, and        ) DATE:    December 14, 2007
JORGE MEDINA MENCHACA,    ) TIME:     9:00 a.m.
17 |                          ) Hon. Garland E. Burrell, Jr.
            Defendants.    )
18

19        The defendants, by and through their respective counsel, along

20 | with the plaintiff United States (government), by and through counsel

21 | Assistant U.S. Attorney Phil Talbert, hereby stipulate and agree to

22 | vacate the current status conference date of November 2, 2007, and

23 | reset the matter for December 14, 2007.

24        It is further stipulated and agreed between the parties that the

25 | period of time from November 2, 2007, through December 12, 2007, should

26 | be excluded in computing the time within which the trial of the above

27 | criminal prosecution must commence for purposes of the Speedy Trial

28 | Act.  All parties stipulate and agree that this is an appropriate

1   exclusion of time within the meaning of Title 18, United States Code,
2   sections 3161(h)(8)(B)(iv) (Local Code T4).

3         This case involves approximately 9,000 pages of discovery and
4   substantial investigation.  Furthermore, the parties in this case have
5   been engaged in settlement negotiations.  All parties stipulate and
6   agree the ends of justice would best be served by resetting the status
7   conference to December 14, 2007.

8   October 30, 2007                    /s/ Michael Bigelow
                                        Attorney for DAMIAN SUAREZ
9                                       (Signed by Krista Hart per e-mail)

10
    October 30, 2007                    /s/ Krista Hart
11                                      Attorney for Rene Gutierrez

12
    October 30, 2007                    /s/ Dina Santos
13                                      Attorney for FRANCES ROSA RAMIREZ
                                        (Signed by Krista Hart per e-mail)
14

15  October 30, 2007                    /s/ C. Emmett Mahle
                                        Attorney for JAIME ANGELES
16                                      (Signed by Krista Hart per e-mail)

17
    October 30, 2007                    /s/ Vittoria Bossi
18                                      Attorney for ROQUE LOZANO
                                        (Signed by Krista Hart per e-mail)
19

20  October 30, 2007                    /s/ Jesse Santana
                                        Attorney for JORGE MEDINA MENCHACA
21                                      (Signed by Krista Hart per e-mail)

22
    October 30, 2007                    McGREGOR SCOTT
23                                      United States Attorney

24
                                        /s/ Phil Talbert
25                                      Assistant U.S. Attorney
                                        (Signed by Krista Hart per e-mail)
26

27

28

2

1                               O R D E R

2

3   FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

4

5   DATED: _____        _____
                                   The Hon. GARLAND E. BURRELL, JR.
6                                  United States District Court Judge

7

8

9

10

11

12

13                                    .

14                                                              .

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      3

```
 1 │ KRISTA HART
   │ Attorney at Law
 2 │ State Bar No. 199650
   │ 428 J Street, Suite 350
 3 │ Sacramento, CA  95814
   │ (916) 498-8398
 4 │
 5 │ Attorney for Defendant
   │ Rene Gutierrez
 6 │
 7 │         IN THE UNITED STATES DISTRICT COURT
 8 │       FOR THE EASTERN DISTRICT OF CALIFORNIA
 9 │ THE UNITED STATES OF        )  No. Cr.S. 06-403 GEB
   │ AMERICA,                    )
10 │              Plaintiffs,    )
   │                             )  STIPULATIONN AND PROPOSED ORDER
11 │     v.                      )  TO CONTINUE THE STATUS CONFERENCE
   │                             )  TO:
12 │ DAMIAN SUAREZ               )
   │ RENE RODRIGUEZ GUTIERREZ    )
13 │ FRANCES ROSA RAMIREZ        )
   │ JAIME ANGELES               )
14 │ ROQUE LOZANO, and           )  DATE:   December 14, 2007
   │ JORGE MEDINA MENCHACA,      )  TIME:   9:00 a.m.
15 │                             )  Hon. Garland E. Burrell, Jr.
   │              Defendants.    )
16 │
```

17      The defendants, by and through their respective counsel, along
18 with the plaintiff United States (government), by and through counsel
19 Assistant U.S. Attorney Phil Talbert, hereby stipulate and agree to
20 vacate the current status conference date of November 2, 2007, and
21 reset the matter for December 14, 2007.

22      It is further stipulated and agreed between the parties that the
23 period of time from November 2, 2007, through December 14, 2007, should
24 be excluded in computing the time within which the trial of the above
25 criminal prosecution must commence for purposes of the Speedy Trial
26 Act.  All parties stipulate and agree that this is an appropriate
27 exclusion of time within the meaning of Title 18, United States Code,
28 sections 3161(h)(8)(B)(iv) (Local Code T4).

1    This case involves approximately 9,000 pages of discovery and

2    substantial investigation.  Furthermore, the parties in this case have

3    been engaged in settlement negotiations.  All parties stipulate and

4    agree the ends of justice would best be served by resetting the status

5    conference to December 14, 2007.

6    October 31, 2007                    /s/ Michael Bigelow
                                         Attorney for DAMIAN SUAREZ
7                                        (Signed by Krista Hart per e-mail)

8
     October 31, 2007                    /s/ Krista Hart
9                                        Attorney for Rene Gutierrez

10
     October 31, 2007                    /s/ Dina Santos
11                                       Attorney for FRANCES ROSA RAMIREZ
                                         (Signed by Krista Hart per e-mail)
12

13   October 31, 2007                    /s/ C. Emmett Mahle
                                         Attorney for JAIME ANGELES
14                                       (Signed by Krista Hart per e-mail)

15
     October 31, 2007                    /s/ Vittoria Bossi
16                                       Attorney for ROQUE LOZANO
                                         (Signed by Krista Hart per e-mail)
17

18   October 31, 2007                    /s/ Jesse Santana
                                         Attorney for JORGE MEDINA MENCHACA
19                                       (Signed by Krista Hart per e-mail)

20
     October 31, 2007                    McGREGOR SCOTT
21                                       United States Attorney

22
                                         /s/ Phil Talbert
23                                       Assistant U.S. Attorney
                                         (Signed by Krista Hart per e-mail)
24
                             O R D E R
25
     IT IS SO ORDERED.
26

27   DATED: October 31, 2007

28
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge

                                  2

C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JAIME ANGELES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR.S-06-403 GEB |
|---|---|
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER |
| vs. | |
| JAIME ANGELES et. al., | |
| Defendants. | |

STIPULATION

This matter is scheduled for Status Conference on December 14, 2007, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.  I have contacted counsel for all defendants, and counsel for the United States, AUSA Phillip Talbert, and they have all agreed, subject to the court's approval, to continue this matter until January 25, 2008, at 9:00 a.m.

All counsel have received approximately 9,000 pages of discovery in the above matter, and continue to review, organize and prepare these materials.  All counsel are also reviewing these materials for the potential preparation of motions.  Investigation is also under way concerning these matters.

All parties hereby agree and stipulate to a continuance of the Status Conference that is scheduled December 14, 2007, to January 25, 2008, at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr. They further stipulate to the exclusion of time through that date

1    pursuant to Local Code T-2, as the matter is complex, and Local Code T-4, as the above

2    continuance is necessary for preparation of counsel.

3

4    DATED:___12-13-07_____ .

5                                                /s/ C. Emmett Mahle
                                            C. EMMETT MAHLE
                                            Attorney for Defendant
                                            JAIME ANGELES

6

7    DATED:___12-13-07_____

8                                              /s/ Michael Bigelow
                                            MICHAEL BIGELOW
                                            Attorney for Defendant
                                            DAMIAN SUAREZ

9

10    DATED:___12-13-07_____

11                                            /s/ Krista Hart
                                            KRISTA HART
                                            Attorney for Defendant
                                            RENE RODRIGUEZ GUTIERREZ

12

13    DATED:___12-13-07_____

14                                            /s/ Dina Santos
                                          DINA SANTOS
                                           Attorney for Defendant
                                          FRANCES ROSA RAMIREZ

15

16    DATED:___12-13-07_____

17                                            /s/ Vittoria Bossi
                                          VITTORIA BOSSI
                                           Attorney for Defendant
                                          ROQUE LOZANO

18

19    DATED:___12-13-07_____

20                                            /s/ Jesse Santana
                                          JESSE SANTANA
                                           Attorney for Defendant
                                          JORGE MEDINA MENCHACA

21

22    DATED:___12-13-07_____

23                                            /s/ Phil Talbert
                                          PHIL TALBERT
                                           Assistant U.S. Attorney

24

25

26

27

28

1

### (PROPOSED) ORDER

2

3          GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status

4   Conference that is scheduled for December 14, 2007, at 9:00 a.m., is hereby continued to

5   January 25, 2008, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.   Time

6   is excluded through that date pursuant to Local Codes T-2, due to complexity, and T-4 for

7   preparation of counsel.

8

9   DATED: _____          _____

10                                    GARLAND E. BURRELL, JR.
                                      Chief Judge
11                                    U.S. District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

– 3

C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JAIME ANGELES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR.S-06-403 GEB |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER |
| vs. | |
| JAIME ANGELES et. al., | |
| Defendants. | |

STIPULATION

This matter is scheduled for Status Conference on December 14, 2007, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.  I have contacted counsel for all defendants, and counsel for the United States, AUSA Phillip Talbert, and they have all agreed, subject to the court's approval, to continue this matter until January 25, 2008, at 9:00 a.m.

All counsel have received approximately 9,000 pages of discovery in the above matter, and continue to review, organize and prepare these materials.  All counsel are also reviewing these materials for the potential preparation of motions.  Investigation is also under way concerning these matters.

All parties hereby agree and stipulate to a continuance of the Status Conference that is scheduled December 14, 2007, to January 25, 2008, at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr. They further stipulate to the exclusion of time through that date

- 1

pursuant to Local Code T-2, as the matter is complex, and Local Code T-4, as the above

continuance is necessary for preparation of counsel.

DATED:  12-13-07 _____          /s/ C. Emmett Mahle

                                      C. EMMETT MAHLE
                                      Attorney for Defendant
                                      JAIME ANGELES

DATED:  12-13-07 _____          /s/ Michael Bigelow
                                      MICHAEL BIGELOW
                                      Attorney for Defendant
                                      DAMIAN SUAREZ

DATED:  12-13-07 _____          /s/ Krista Hart

                                      KRISTA HART
                                      Attorney for Defendant
                                      RENE RODRIGUEZ GUTIERREZ

DATED:  12-13-07 _____          /s/ Dina Santos

                                      DINA SANTOS
                                      Attorney for Defendant
                                      FRANCES ROSA RAMIREZ

DATED:  12-13-07 _____          /s/ Vittoria Bossi
                                      VITTORIA BOSSI
                                      Attorney for Defendant
                                      ROQUE LOZANO

DATED:  12-13-07 _____          /s/ Jesse Santana
                                      JESSE SANTANA
                                      Attorney for Defendant
                                      JORGE MEDINA MENCHACA

DATED:  12-13-07 _____          /s/ Phil Talbert
                                      PHIL TALBERT
                                      Assistant U.S. Attorney

- 2

(PROPOSED) ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status Conference that is scheduled for December 14, 2007, at 9:00 a.m., is hereby continued to January 25, 2008, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.  Time is excluded through that date pursuant to Local Codes T-2, due to complexity, and T-4 for preparation of counsel.

DATED:   December 13, 2007

GARLAND E. BURRELL, JR.
United States District Judge

- 3

C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JAIME ANGELES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR.S-06-403 GEB |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER |
| vs. | |
| JAIME ANGELES et. al., | |
| Defendants. | |

STIPULATION

This matter is scheduled for Status Conference on March 21, 2008, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr. I have contacted counsel for all defendants, and counsel for the United States, AUSA Heiko Coppola, and they have all agreed, subject to the court's approval, to continue this matter until April 25, 2008, at 9:00 a.m.

All counsel have received approximately 9,000 pages of discovery in the above matter, and continue to review, organize and prepare these materials. All counsel are also reviewing these materials for the potential preparation of motions. Investigation is also under way concerning these matters.

All parties hereby agree and stipulate to a continuance of the Status Conference that is scheduled for March 21, 2008, to April 25, 2008, at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr. They further stipulate to the exclusion of time through that date pursuant

- 1

1 | to Local Code T-2, as the matter is complex, and Local Code T-4, as the above continuance is

2 | necessary for preparation of counsel.

3 |

4 | DATED:    3-19-08          /s/ C. Emmett Mahle

5 |                           C. EMMETT MAHLE
                              Attorney for Defendant
6 |                           JAIME ANGELES

7 | DATED:    3-19-08          /s/ Michael Bigelow

8 |                           MICHAEL BIGELOW
                              Attorney for Defendant
9 |                           DAMIAN SUAREZ

10 | DATED:    3-19-08          /s/ Krista Hart

11 |                           KRISTA HART
                              Attorney for Defendant
12 |                           RENE RODRIGUEZ GUTIERREZ

13 | DATED:    3-19-08          /s/ Dina Santos

14 |                           DINA SANTOS
                              Attorney for Defendant
15 |                           FRANCES ROSA RAMIREZ

16 | DATED:    3-19-08          /s/ Vittoria Bossi

17 |                           VITTORIA BOSSI
                              Attorney for Defendant
18 |                           ROQUE LOZANO

19 | DATED:    3-19-08          /s/ Jesse Santana

20 |                           JESSE SANTANA
                              Attorney for Defendant
21 |                           JORGE MEDINA MENCHACA

22 | DATED:    3-19-08          /s/ Heiko Coppola

23 |                           HEIKO COPPOLA
                              Assistant U.S. Attorney

24 |

25 |

26 |

27 |

28 |

- 2

1       (PROPOSED) ORDER

2

3       GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status

4   Conference that is scheduled for March 21, 2008, at 9:00 a.m., is hereby continued to April 25,

5   2008, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.   Time is excluded

6   through that date pursuant to Local Codes T-2, due to complexity, and T-4 for preparation of

7   counsel.

8

9   DATED: _____          _____
                                     GARLAND E. BURRELL, JR.
10                                   Chief Judge
                                     U.S. District Court
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3

C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
JAIME ANGELES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR.S-06-403 GEB |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER |
| vs. | |
| JAIME ANGELES et. al., | |
| Defendants. | |

STIPULATION

This matter is scheduled for Status Conference on March 21, 2008, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.  I have contacted counsel for all defendants, and counsel for the United States, AUSA Heiko Coppola, and they have all agreed, subject to the court's approval, to continue this matter until April 25, 2008, at 9:00 a.m.

All counsel have received approximately 9,000 pages of discovery in the above matter, and continue to review, organize and prepare these materials.  All counsel are also reviewing these materials for the potential preparation of motions.  Investigation is also under way concerning these matters.

All parties hereby agree and stipulate to a continuance of the Status Conference that is scheduled for March 21, 2008, to April 25, 2008, at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr. They further stipulate to the exclusion of time through that date pursuant

- 1

to Local Code T-2, as the matter is complex, and Local Code T-4, as the above continuance is

necessary for preparation of counsel.

DATED:   3-19-08                        /s/ C. Emmett Mahle

                                        C. EMMETT MAHLE
                                        Attorney for Defendant
                                        JAIME ANGELES

DATED:   3-19-08                        /s/ Michael Bigelow
                                        MICHAEL BIGELOW
                                        Attorney for Defendant
                                        DAMIAN SUAREZ

DATED:   3-19-08                        /s/ Krista Hart

                                        KRISTA HART
                                        Attorney for Defendant
                                        RENE RODRIGUEZ GUTIERREZ

DATED:   3-19-08                        /s/ Dina Santos

                                        DINA SANTOS
                                        Attorney for Defendant
                                        FRANCES ROSA RAMIREZ

DATED:   3-19-08                        /s/ Vittoria Bossi
                                        VITTORIA BOSSI
                                        Attorney for Defendant
                                        ROQUE LOZANO

DATED:   3-19-08                        /s/ Jesse Santana
                                        JESSE SANTANA
                                        Attorney for Defendant
                                        JORGE MEDINA MENCHACA

DATED:   3-19-08                        /s/ Heiko Coppola
                                        HEIKO COPPOLA
                                        Assistant U.S. Attorney

- 2

1

2                              (PROPOSED) ORDER

3

4          GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status

5   Conference that is scheduled for March 21, 2008, at 9:00 a.m., is hereby continued to April 25,

6   2008, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.   Time is excluded

7   through that date pursuant to Local Codes T-2, due to complexity, and T-4 for preparation of

8   counsel.

9

10  DATED:   March 20, 2008

11

12

13                                    GARLAND E. BURRELL, JR.
14                                    Chief United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          - 3

b. The Honorable Judge Morrison C. England Jr.

My Name is Mr. Roque Lozano;

There seems that a Criminal Indictment was filed against me on 11-16-06, to which I was Not aware of until lately.

The Case Number is 002:06-CR-0403 GEB. A Violation or Violations of 21 U.S.C. 846 and 841 (a) (1) - Conspiracy to intent to distribute Methamphetamines 21 U.S.C. 846 and 841 (a)(1) - Conspiracy to Manufacture, to Distribute and to possess with intent to distribute Marijuana. 21 U.S.C. 841 (a) (1) Manufacture of Marijuana.

This Criminal Complaint have been very Disturbing In my Life and I was force to get a Attorney. This Attorney have not shown up in my last 3 court dates.

At this times, the attorney she had is unreliable, she have not visited me and funds to retain her back. The principles of Justice is so rooted in our Criminal Justice System, that if a defendant- can't afford a attorney, one will be appointed to represent a defendant!

Your Honor, at this Time, I have no attorney to represent myself for this case. This situation needs attention from the court.

**FILED**

MAY 15 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK