IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>DAMIAN SUAREZ, et al., )<br>)<br>  Defendants. )<br>_____ ) | 2:06-cr-00403-GEB<br><br><u>ORDER</u> |

The CJA Order filed on April 26, 2011 (ECF No. 170) is stayed pending further order from this Court.

Dated: April 27, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge